

# EMERSON SCOTT, LLP
Attorneys at Law

830 Apollo Lane
Houston, Texas 77058
www.emersonfirm.com

May 20, 2016

**VIA ECF FILING**
Honorable Josephine L. Staton
United States District Judge
Courtroom 10A
Ronald Reagan Federal Building
411 W. Fourth Street
Santa Ana, CA 92701

      Re:    *In Re Vizio Consumer Privacy Litigation*
               **Case No. 8:16-ml-02693-JLS (KESx)**
               **Steering Committee Application of John G. Emerson**

Dear Judge Staton:

    In accordance with your Order, I write to express my support for the appointment of Eric H. Gibbs of Girard Gibbs, LLP to serve as plaintiffs' Lead Counsel in the Vizio case referenced above. I agree with and support the fee proposal described by Mr. Gibbs in his application. Further, I respectfully request that I be appointed to serve on a Plaintiffs' Steering Committee. My firm filed an action directly in Santa Ana in *Lara, et al. v. VIZIO, Inc.*, No. 8:16-cv-00679, filed Apr. 11, 2016 (C.D.CA.), with Girard Gibbs, Aitken Aitken & Cohn and Barack Rodos & Bacine, and separately with the Aitken and Barack firms in *Milewski v. VIZIO, Inc.*, No. 8:16-cv-00156, filed Jan. 29, 2106 (C.D.CA.) for a total of eleven (11) plaintiffs from ten (10) states. In *Lara*, we jointly filed what I believe to be the most robust complaint in this consolidated litigation. Together with the Aitken and Barack law firms, we cooperatively assisted Mr. Gibbs work and supported assignment by the MDL of all of the related MDL actions to the Central District of California, Santa Ana. Most recently, we worked with Mr. Gibbs in drafting a Joint Preliminary Report and with Mr. Gibbs attended a meet and confer with defense counsel on the Report.

    **(1) Complex Class Action Knowledge and Experience**. I have litigated as a sole lead, co-lead, or steering/executive committee member numerous complex class actions or other complex representative litigations involving corporate wrongdoing, deception, and unfair practices,[1] including those in which I personally undertook trial depositions, massive document reviews, and high level corporate executive depositions (including CEO's and board chairpersons) and successfully opposed numerous motions to dismiss or motions for summary judgment.

    For example, I was Co-Lead Counsel in *In Re AOL Time Warner Shareholder Derivative Litigation,* Master File No. 02-CV-6302 *(SWK)* (S.D.NY.) before the Honorable Shirley Wohl

---

[1]     *See* Resume of John G. Emerson attached hereto as Exhibit A.

Kram, who appointed me Co-Lead Counsel. In this case involving allegations of breaches of fiduciary duty, and after massive discovery efforts by my team we successfully resolved the case with wide ranging corporate governance and compliance changes as well as our efforts being recognized as a substantial factor in Time Warner obtaining $200 million from its Directors' and Officers' insurance carriers.

In the *Enron* MDL Litigation, MDL 1446, in the case styled *Pamela M. Tittle, et al., v. Enron Corp., et al.,* Case No. H-01-3913, Consolidated Cases (S.D.TX.-Houston Div.), I was appointed by the Honorable Melinda Harmon to the Plaintiffs' Counsel Steering Committee. This case involved massive discovery and extensive pleading practice. Ultimately, the case was resolved in over an $85 million dollar settlement for the plan participants in the Enron retirement plan.

In the consolidated MDL litigation styled *In Re Genetically Modified Rice Litigation*, 4:06MD1811 CDP (E.D.MO.), my firm and my former law partner were appointed to the Plaintiffs' Executive Committee by the Honorable Catherine Perry. Our firm was deeply involved in all aspects (massive discovery, extensive pleading practice, etc.) of this complex class action crop contamination case which ultimately settled in the amount of $750 million in cash relief for affected rice farmers.

Currently in the MDL No. 2591 case *In Re: Syngenta AG MIR 162,* I represent Arkansas bellwether plaintiffs and named class representatives for classes of both US milo and corn farmers allegedly affected adversely by Syngenta's conduct which we further allege caused depressed corn and milo prices for these farmers. I was the lawyer who solely generated the idea for a milo farmer class, retained the first milo farmer, and filed the first milo complaint in this complex class action litigation described further, below. My firm is involved in massive discovery work and depositions in this matter pending before the Honorable John W. Lungstum (D. KS.). [2]

Also, I currently am pursuing as a participating counsel the privacy and related data security rights of aggrieved consumers in the following pending MDL cases: *In re Anthem Healthcare Data Breach Litigation*, MDL No. 2617 (N.D. Cal.); *In re Premera Healthcare Data Breach Litigation,* (D. Or.) MDL No. 2633; *In re Medical Informatics Engineering Data Breach Litigation,* MDL No. 2667 (N.D. Ind.); *In re Office of Personnel Management Data Breach Litigation* (D.D.C.) MDL No. 2664; and *In re: Experian Data Breach Litigation* (C.D. Cal.) MDL No. 2676 in which nearly half of the named plaintiffs in the consolidated amended complaint are clients of my Firm.

**(2-4) Enduring Commitment, Devotion of Resources and Professionalism.** Emerson Scott, LLP is a boutique firm with offices in Houston, TX and Little Rock, AR. My law partner David

---

[2] *Judges referenced in this letter: Judge Kram (S.D.NY.) has passed away; Judge Harmon, (S.D. TX.) (713) 250-5518; Judge Perry, (E.D. MO.) (314) 244-7520; Judge Lungstrum, (D. KS.) (913) 735-2320; Judge Forrest, (S.D. NY.) (212) 805-0276.*

Application for Appointment to Plaintiffs' Steering Committee
May 20, 2016
pg. 3

G. Scott and I are uncompromisingly willing and able to commit all resources, time, staffing and financial contributions that may be necessary to efficiently secure the best possible result for our clients and putative class members in *Vizio*. David and I are both dedicated to working on this case at the direction of Lead Counsel. We have participated in complex litigation at the highest levels and currently support with significant dollar contributions for joint prosecution in such cases as the previously mentioned MDL No. 2591 case *In Re: Syngenta AG MIR 162* (representing named bellwether trial plaintiffs, completing massive document reviews, deposition teams, etc.) and the MDL No. 2481 case *In re: Aluminum Warehousing Antitrust Litigation* (pending before Judge Katherine B. Forrest, S.D.NY., appointed as a Steering Committee member and representing Claridge Products and Equipment, Inc., one of four named direct purchasers in complex antitrust litigation against Goldman Sachs, JP Morgan Chase, *et al.*, and completing massive document reviews, working on deposition teams, etc.).

I have a good relationship with all of the laws firms I have litigated with and against and I believe that my collegial relationship with these firms is well known in the class action bar. I have been rated "AV Preeminent" for the last 17 years and my integrity, ethics, professionalism, experience, and reputation have been regularly recognized by my peers and the courts where I practice. *See also* Exhibit A. Several attorneys who have filed cases in this MDL action support my appointment to a Committee of Counsel position under the leadership of Eric H. Gibbs as proposed Lead Counsel, including of course, Mr. Gibbs, Ms. Aitken, and Mr. Basser. If appointed, I will bill at hourly rates approved by Mr. Gibbs and will not seek a fee exceeding 1.75 times Lodestar nor seek compensation for time spent seeking a leadership position.

Respectfully, I submit that given my thirty-six years of result-oriented litigation experience in numerous complex civil matters, I can and will make a valuable addition as a Steering Committee member together with the Ms. Ashleigh Aitken of the Aitken Aitken Cohn firm and Mr. Stephen R. Basser of the Barack Rodos & Bacine firm, under the direction of Eric H. Gibbs as Lead Counsel, in pursuit of an efficient, just, and meaningful resolution of this important case. I thank this Honorable Court for consideration of my Application and my support for Mr. Gibbs.

Respectfully,

JOHN G. EMERSON

# EXHIBIT A

# John Emerson

Mr. Emerson is the Managing Partner of Emerson Scott, LLP. He is licensed in Texas, Arkansas, and Washington. Mr. Emerson has been rated "AV Preeminent" for the last 17 years by Martindale-Hubbell which is the highest possible peer review rating in legal ability and ethical standards. He was honored by being named one of the Top 100 Trial Lawyers in America by the National Trial Lawyers 2013 through 2016. Mr. Emerson is a member of the Plaintiffs' Counsel Steering Committee in the *Aluminum Warehousing Antitrust Litigation*, MDL No. 2418. Notably, Mr. Emerson also has been or is currently involved in the following antitrust cases: *Liquid Aluminum Sulfate Antitrust Litigation; Domestic Airline Antitrust Litigation; CRT (Cathode Ray Tube) Antitrust Litigation; Lithium Ion Battery Antitrust Litigation; Flash Memory Antitrust Litigation; GPU (Graphics Processing Units) Antitrust Litigation; Ocean Shipping Antitrust Litigation; TFT-LCD (Flat Panel) Antitrust Litigation; Trans-Pacific Airline Surcharge Litigation, Compact Disc Antitrust Litigation, High Pressure Laminates Antitrust Litigation*, among others. Mr. Emerson is currently Co-Lead Counsel in the case styled *John Cottrell, et al. v. Michael Duke, et al.*, a case involving alleged breach of fiduciary duties by Wal-Mart's Board of Directors. This case is on appeal before the 8th Circuit Court of Appeals and has been fully briefed and argued. Mr. Emerson served as Co-Lead Counsel in the Computer Associates ("CA") Shareholder Litigation (EDNY). This case resulted in the resignation of CA's CFO, the resignation of two other senior financial officers, and the adoption of certain corporate governance measures that CA represented as the "gold standard" of governance reform. Mr. Emerson was Co-Lead Counsel in *In Re Nicor, Inc. Shareholder Derivative Litigation* (Cir. Court Cook County, IL, IL County Dept., Chancery Division). This action was brought against Nicor's board of directors and its settlement resulted in major corporate governance improvements at Nicor. Mr. Emerson was Co-Lead Counsel in the case styled *In Re Cryolife Derivative Litigation* (Superior Court, Fulton County, GA) which resulted in wide-sweeping corporate governance improvements at Cryolife. Mr. Emerson was also Co-Lead Counsel in *AOL Time Warner Shareholder Derivative Litigation* (SDNY) and its settlement resulted in wide ranging corporate governance and compliance changes and was a substantial factor in Time Warner's ability to obtain $200 million from its D&O insurance carriers. Mr. Emerson was Lead Counsel in *Crompton* Shareholder *Derivative Litigation* (SDNY-Bankruptcy) which settled for wide ranging, major corporate governance improvements. Mr. Emerson served as Chairman of the Expert Witness Committee in the consolidated MDL action styled *In Re*

*Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation* (WDMO). Mr. Emerson represented one of the lead named plaintiffs in the *AOL Version 5.0 Software Litigation*. He currently represents the named class representative for Mississippi in *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672. He was Co-Lead Counsel in an action filed against the Farmers Insurance involving alleged violations of the Fair Credit Reporting Act which resolved for the class. Mr. Emerson was appointed to the Plaintiffs' Counsel Steering Committee in the consolidated Enron ERISA Litigation, styled *Pamela M. Tittle v. Enron Corp., et al.* by Judge Melinda Harmon (SDTX-Houston Div.). Mr. Emerson was admitted to the Texas Bar in 1980. He is admitted to practice before the U.S. Supreme Court; U.S. Court of Appeals for the 2nd, 5th, and 8th Circuits; U.S. District Courts for the Southern, Northern, Western and Eastern Districts of Texas; Western and Eastern Districts of Arkansas; Western District of Washington; District of Colorado; and all Texas, Washington and Arkansas state courts. Mr. Emerson has extensive jury trial experience over the past 36 years. He graduated from the University of Texas at Austin and South Texas College of Law. He is a member of the legal fraternity Delta Theta Phi. He is also a member of The National Trial Lawyers; American Association for Justice ("AAJ"); AAJ Class Action Litigation Group; Fellow of The Pound Civil Justice Institute; Texas Trial Lawyers Association; American Bar Association (Tort and Insurance Practice and Legal Economics Sections); State Bar of Texas (Grievance Committee 4-D, Houston, 1991-94); Membership Services Committee, 1991-92); Sustaining Life Fellow Texas Bar Foundation; Bar Association for the United States District Court for the Eastern District of Texas; Houston Bar Association; Fellow of the Houston Bar Foundation; Washington State Bar; King County Bar Association; Pulaski County Bar Association; and, the Arkansas Bar Association. Mr. Emerson was honored by the Governor of Arkansas when he was named an Arkansas Traveler, an Ambassador of Good Will on behalf of the people of the state of Arkansas to people everywhere. Mr. Emerson is married with two children, two grandsons, and five rescued long-haired dachshunds. He enjoys the outdoors and has hunted and fished in the US, Canada, Mexico, Honduras, Uruguay, Argentina, Botswana, and South Africa. He is an avid supporter of University of Texas Longhorn Football and is a Life Member of Texas Exes. Mr. Emerson is also an avid fan of the Vancouver Canucks hockey team. Mr. Emerson is a strong supporter of Ducks Unlimited, CARE (a dog rescue group), numerous dog rescue groups, and many animal shelters in Texas, Arkansas, and Mississippi including Animal Shelter Assistance Program, Inc. in Helotes, TX. He practices law and lives his life by the adage, "Do what you say you are going to do".