

May 20, 2016

BRIAN C. GUDMUNDSON
Admitted in Minnesota
Brian.Gudmundson@zimmreed.com

REPLY TO MINNEAPOLIS

*Via ECF*

The Honorable Josephine L. Staton
United States District Court for the Central District of California
411 West Fourth Street
Santa Ana, CA 92701

RE:   *In Re: Vizio, Inc., Consumer Privacy Litigation,* **8:16-ml-02693-JLS (KESx)**

Dear Judge Staton:

    I respectfully submit this leadership application pursuant to the Court's April 22, 2016 Order. My law firm, Zimmerman Reed, and I represent the Pagorek and Bratland plaintiffs in this MDL litigation and request consideration for appointment to a Steering Committee on behalf of Plaintiffs in the above-captioned action. Specifically, we support and ask the Court to appoint Co-Lead Counsel comprised of the firms Cotchett Pitre and Carlson Lynch and a steering committee comprised of Cohen Milstein, the Murray Law Firm, Scott + Scott, and Zimmerman Reed. Alternatively, if the Court chooses not to select a Steering Committee, Zimmerman Reed respectfully requests appointment as Co-Lead Counsel or in any other capacity the Court deems appropriate. Attached in support of this application are Exhibit A, a firm resume, and Exhibit B, a list of counsel who support my appointment.

    Zimmerman Reed is qualified and well-suited to serve in a leadership role and would welcome that opportunity in this important case. As set forth below, and in the attached firm resume, Zimmerman Reed possesses significant MDL and leadership experience; to that end, the firm has been appointed lead counsel in numerous complex MDL cases in various districts across the country. Further, we are familiar and friendly with many of the law firms representing plaintiffs in this litigation. Those relationships will serve us well in serving as a leader in this litigation.

    **1.**    **Zimmerman Reed's Knowledge and Experience in Prosecuting Complex Litigation**

    For more than 30 years, Zimmerman Reed has been nationally recognized for its experience and ability in complex litigation, and has been appointed lead counsel in numerous complex cases across the country. The firm has led ground-breaking cases concerning a wide range of legal issues involving privacy issues, publicity rights, securities fraud and corporate governance, consumer fraud, mortgage fraud, defective drugs and medical devices, environmental contamination, employment benefits, sports-related concussion injuries, and, specifically pertinent to this litigation, personal data security.

    Since 2010, Zimmerman Reed has earned a first-tier "Best Law Firm" ranking by U.S. News & World Report. With offices and attorneys in Los Angeles, Minneapolis, and Phoenix, the firm has the ability to devote skilled lawyers and the resources necessary for the successful prosecution of complex litigation such as the case at bar. As shown by the attached resume, Zimmerman Reed lawyers have been appointed Lead or Liaison Counsel in some of the largest and most complex cases across the country.

    Regarding my personal credentials, I have been instrumental in helping to lead high-profile class action lawsuits that have changed industries and resulted in significant awards. This includes the landmark data breach class action, *In Re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.), in which Zimmerman Reed

served as lead counsel for financial institutions seeking recovery and achieved the first-ever certified class in a data breach action. The Honorable Paul A. Magnuson presided over that matter and can be reached at (651) 848-1150. The case resulted in a substantial financial settlement, which recently received final approval from Judge Magnuson, without objection.

I am also a court-appointed member of the Plaintiffs Steering Committee in the ongoing data breach MDL *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL No. 2583 (N.D. Ga.). The Honorable Thomas J. Thrash presides over that matter and can be reached at (404) 215-1550. Also currently, I am one of the chief partners on Zimmerman Reed's co-lead counsel team in *In re National Hockey League Players' Concussion Injury Litig*., MDL 2551 (D. Minn.). The Honorable Susan Richard Nelson presides over that matter and can be reached at (651) 848-1970.

Within the Central District of California, I have twice been appointed class counsel in consumer class actions, both of which resolved favorably with court-approved settlements. They are *In re Dockers Roundtrip Airfare Promotion Sales Practices Litigation*, 09-cv-02847 and *Kondracke, et al. v. Hanover Direct, Inc., et al*, 12-cv-05630. The Honorable Christina A. Snyder presided over both of those matters and can be reached at (213) 894-3433.

I am a frequent visitor to Zimmerman Reed's Los Angeles office, often working in tandem with my Los Angeles-based partner, Caleb Marker. Mr. Marker has served as class counsel on many cases in the Central District, has a track record of litigating class action cases at a high-level, and has obtained significant recoveries. This local element ensures both efficiency and accountability, as well as a focus on this Court's local rules and practices.

As the attached resume indicates, other Zimmerman Reed partners have been appointed to leadership positions in MDLs and other complex cases across the country. These appointments have involved partners across the firm in various practice areas. Zimmerman Reed has advocated strongly for its clients in these cases while also demonstrating its ability to work in a professional and collegial manner with other plaintiffs' counsel as well as opposing counsel. The following is a sampling of those appointments:

- Charles Zimmerman, Gordon Rudd, and Brian Gudmundson served as class counsel and principal litigation attorneys. *Dryer et al. v. National Football League*, 09-cv-2182 (D. Minn.) (Magnuson, J., (651) 848-1150);
- Carolyn Anderson, served as co-lead counsel. *City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A.,* No. 10-4372 (D. Minn.) (Frank, J. (651) 848-1290);
- Carolyn Anderson and June Hoidal, currently appointed Special Assistant Attorney General to represent the State of New Mexico in an antitrust and unfair business practices case against credit card networks. *New Mexico ex rel. Balderas v. Visa, Inc. et al.*, No. D-101CV-2014-02645 (Santa Fe Cty., First. Jud. Dist.);
- Carolyn Anderson and June Hoidal, currently serving as co-lead counsel. *Adedipe v. US Bank Nat'l Assoc., et al.*, 13-cv-02687 (D. Minn.) (Ericksen, J. (612) 664-5890);
- Carolyn Anderson, currently serving as co-lead counsel of derivative litigation. *In Re Regions Morgan Keegan Securities, Derivative and ERISA Litigation* (*Landers v. Morgan Asset Mgmt.*) (W.D. Tenn.) (Mays, J. (901) 495-1200); and
- Charles Zimmerman, served as co-lead counsel. *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708 (D. Minn.) (Frank, J. (651) 848-1290).

I believe this sampling of cases, in addition to numerous past leadership roles, reflects the firm's strong leadership capabilities, diversity, and the high quality of its attorneys, including those who will be active in this case.

    2.    **Willingness and Ability to Commit to this Litigation**

Zimmerman Reed and I are ready, willing, and able to commit to this important, time-consuming litigation. We will devote the firm's full resources to this matter.

### 3. Willingness and Ability to Work Cooperatively

In addition to the experience and financial resources necessary to litigate this case, Zimmerman Reed attorneys, as a matter of institutional principle, bring the right temperament to effectively prosecute the cases we bring. Despite the contentious nature of litigation, Zimmerman Reed has a reputation for working collegially and respectfully with co-counsel, opposing counsel, and the Court. The lessons learned from past leadership roles— judicial communication, party temperament, and meaningful cooperation among all counsel—will be key to successful leadership in this action.

The attorneys at Zimmerman Reed are grateful for the recognition the firm has received from the bench and bar and are dedicated to continuing to earn the respect and trust of the courts in which we appear. We share a commitment to litigating cases efficiently, with the right attorneys contributing to the right tasks, and with dedication to honest and fair litigation. We will demonstrate efficiency in all aspects of litigating this case.

We embrace our obligation as officers of the court to fulfill the duty of civility in every aspect of the litigation. This includes respect for both our opposing counsel and their client's stature as an employer and corporate citizen. We believe these commitments will be especially important in this matter of national importance to consumers as well as the technology industry.

### 4. Access to Sufficient Resources to Prosecute the Litigation in a Timely Manner

Zimmerman Reed has ample resources, both in terms of personnel and funding, to litigate this case in a timely and efficient manner. In addition to me, the firm will draw on a group of seasoned, knowledgeable attorneys who have already been involved in this litigation. The firm regularly serves in leadership roles in cases of this magnitude and complexity. Zimmerman Reed is confident that it can serve as a valuable asset in the efficient and effective prosecution of this litigation.

### 5. Fee Proposal

Zimmerman Reed joins in the Cotchett/Lynch fee proposals. I worked with Cotchett Pitre, Carlson Lynch, and the other firms proposed for leadership above to develop these proposals and am strongly in support. Importantly, as lead counsel, Zimmerman Reed was instrumental in implementing caps on hourly fees, monthly time submissions, and other efficiency measures in the Target Data Breach litigation, which we believe satisfied the Court's desires for the effective management and administration of that MDL.

Respectfully,

ZIMMERMAN REED, LLP

Brian C. Gudmundson

BCG/hsc

Enclosures

# Exhibit A



**Zimmerman Reed has been appointed Lead or Liaison Counsel in the following MDLs:**

- *In re Mortgage Escrow Deposit Litigation*, MDL 899
- *In re St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation*, MDL 1396
- *In re Baycol Products Liability Litigation,* MDL 1431
- *In re Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation,* MDL 1508
- *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708
- *In re Viagra Products Liability Litigation,* MDL 1724
- *In re Medtronic Implantable Defibrillators Products Liability Litigation*, MDL 1726
- *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation*, MDL 1905
- *In re Levaquin Products Liability Litigation,* MDL 1943
- *In re Zurn Pex Plumbing Products Liability Litigation,* MDL 1958
- *In re Northstar Education Finance, Inc. Contract Litigation*, MDL 1990
- *In re Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation*, MDL 2096
- *In re National Arbitration Forum Trade Practices Litigation*, MDL 2122
- *In re Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*, MDL 2441
- *In re Target Corporation Customer Data Security Breach Litigation,* MDL 2522
- *In re National Hockey League Players' Concussion Injury Litigation*, MDL 2551

**Zimmerman Reed has been appointed to the Plaintiffs' Steering Committee or sub-committees in the following MDLs:**

- *In re Silicone Gel Breast Implant Products Liability Litigation,* MDL 926
- *In re Orthopedic Bone Screw Products Liability Litigation*, MDL 1014
- *In re Telectronics Pacing Systems, Inc. Accufix Atrial "J" Lead Products Liability Litigation*, MDL 1057
- *In re Diet Drugs Products Liability Litigation ,* MDL 1203
- *In re Rezulin Products Liability Litigation*, MDL 1348
- *In re Propulsid Products Liability Litigation*, MDL 1355
- *In re Sulzer Inter-Op Orthopedic Hip Implant Litigation,* MDL 1401
- *In re Serzone Products Liability Litigation*, MDL 1477
- *In re Meridia Products Liability Litigation*, MDL 1481
- *In re Welding Rods Products Liability Litigation*, MDL 1535
- *In re Zyprexa Products Liability Litigation*, MDL 1596
- *In re Neurontin "Off-Label" Marketing Litigation*, MDL 1629
- *In re Vioxx Products Liability Litigation*, MDL 1657
- *In re Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation*, MDL 1699
- *In re Fedex Ground Package System, Inc., Employment Practices Litigation*, MDL 1700
- *In re Celebrex and Bextra Products Liability Litigation*, MDL 1694
- *In re Digitek Products Liability Litigation*, MDL 1968
- *In re Apple iPhone "MMS" Sales Practices Litigation,* MDL 2116
- *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation,* MDL 2197
- *In re Uponor, Inc., F1807 Plumbing Fittings Products Liability Litigation,* MDL 2247
- *In re Building Materials Corp. of America Asphalt Roofing Shingle Products Litigation,* MDL 2283
- *In re National Football League Players' Concussion Injury Litigation*, MDL 2323
- *In re Biomet M2A Magnum Hip Implant Products Liability Litigation*, MDL 2391
- *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation,* MDL 2445
- *In re H&R Block IRS Form 8863 Litigation*, MDL 2474
- *In re National Collegiate Athletic Association Student-Athlete Concussion Litigation,* MDL 2492

- *In re LifeTime Fitness, Inc., Telephone Consumer Protection Act (TCPA) Litigation,* MDL 2564
- *In re The Home Depot, Inc., Customer Data Security Breach Litigation,* MDL 2583

**Representative cases in which Zimmerman Reed has served as Class or Lead Counsel:**

- *AI Plus, Inc. and IOC Distribution, Inc. v. Petters Group Worldwide, et al.,* United States District Court, District of Minnesota
- *City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A.,* United States District Court, District of Minnesota
- *City of Tallahassee Pension Plan v. Insight Enterprises, Inc., et al.,* Superior Court of Maricopa County, State of Arizona
- *Daud, et al. v. Gold'n Plump Poultry, Inc.,* United States District Court, District of Minnesota
- *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.,* United States District Court, Eastern District of Wisconsin
- *Doe v. Cin-Lan, Inc., et al.,* United States District Court, Eastern District of Michigan
- *DeGrise, et al. v. Ensign Group, Inc., et al.,* Superior Court of Sonoma County, State of California
- *Dryer v. National Football League,* United States District Court, District of Minnesota
- *Ebert, et al. v. General Mills, Inc.,* United States District Court, District of Minnesota
- *Frank, et al. v. Gold'n Plump Poultry, Inc.,* United States District Court, District of Minnesota
- *Garcia, et al. v. Metro Gang Strike Force,* United States District Court, District of Minnesota
- *Haritos, et al. v. American Express Financial Advisors,* United States District Court, District of Arizona
- *Helmert, et al. v Butterball, LLC,* United States District Court, Eastern District of Arkansas
- *In re Avandia Pharmaceutical Litigation,* United States District Court, District of Arizona
- *In re Castano Tobacco Litigation,* United States District Court, Eastern District of Louisiana
- *In re Dockers Roundtrip Airfare Promotion Sales Practices Litigation,* United States District Court, Central District of California
- *In re Region Morgan Keegan Securities, Derivative and ERISA Litigation* [*Landers v. Morgan Asset Management*], United States District Court, Western District of Tennessee
- *Kurvers, et al. v. National Computer Systems, Inc.,* Fourth Judicial District, State of Minnesota
- *McGruder, et al. v. DPC Enterprises, LP, et al.,* Maricopa County Superior Court, State of Arizona
- *Mehl, et al. v. Canadian Pacific Railway, et al.,* United States District Court, District of North Dakota
- *Milner, et al. v. Farmers Insurance Exchange,* United States District Court, District of Minnesota
- *Scott v. American Tobacco Co., Inc., et al., Court File No.: 96-8461,* Civil District Court for the Parish of New Orleans, Louisiana
- *State of Mississippi v. AU Optronics Corp.,* United States District Court, Southern District of Mississippi
- *Trauth v. Spearmint Rhino Companies Worldwide, Inc., et al.,* United States District Court, Central District of California
- *Weincke, et al. v. Metropolitan Airports Commission,* Fourth Judicial District, State of Minnesota

MINNEAPOLIS
1100 IDS Center,
80 South 8th Street
Minneapolis, MN  55402
t: 612.341.0400
zimmreed.com

LOS ANGELES
2381 Rosecrans Avenue,
Suite 328
Manhattan Beach, CA 90245
t: 877.500.8780
zimmreed.com

PHOENIX
14646 North Kierland Blvd
Suite 145
Scottsdale, Arizona 85254
t: 480.348.6400
zimmreed.com

# EXHIBIT B

## *IN RE VIZIO INC., CONSUMER PRIVACY LITIGATION*, CASE NO. 16-ML-02693-JLS

The following firms support appointment of a proposed leadership structure that is in the best interests of the Class: **Lead Counsel**: Cotchett, Pitre & McCarthy, LLP; and Carlson, Lynch, Sweet & Kilpela, LLP. **Executive Committee**: Cohen Milstein Sellers & Toll, PLLC; Zimmerman Reed, LLP; Scott + Scott, Attorneys at Law, LLP; and the Murray Law Firm:

Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
Elizabeth Tran
etran@cpmlegal.com
Joyce Chang
jchang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

Gary F. Lynch
glynch@carlsonlynch.com
**CARLSON LYNCH SWEET & KILPELA, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246

*Attorneys for Caroline Tongarm*

Jason S. Kilene
jkilene@gustafsongluek.com
David A. Goodwin
dgoodwin@gustafsongluek.com
Joseph C. Bourne
jbourne@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**

Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-333-8844
Facsimile: 612-339-6622

*Attorneys for Plaintiff Daniel Von Haden*

Andrew N. Friedman
afriedman@cohenmilstein.com
Sally M. Handmaker
shandmaker@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699

*Attorneys for Caroline Tongarm*

Jayne Arnold Goldstein
jagoldstein@pomlaw.com
**POMERANTZ LLP**
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
Telephone: 954-315-3454
Facsimile: 954-315-3455

*Attorney for Plaintiffs Steven Dassa and Benjamin Hinerfeld*

Arthur M. Murray
amurray@murray-lawfirm.com
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: 504-525-8100
Facsimile: 504-584-5249

*Attorney for Plaintiff Caroline Tongarm*

Brian C. Gudmundson
brian.gudmundson@zimmreed.com
David M. Cialkowski
david.cialkowski@zimmreed.com
**ZIMMERMAN REED, LLP**
1100 IDS Center 80 South 8th St.
Minneapolis, MN 55402
Telephone: 612-341-0400
Facsimile: 612-341-0844

Caleb Marker
caleb.marker@zimmreed.com
**ZIMMERMAN REED, LLP**
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
Telephone: 877-500-8780

*Attorneys for Plaintiffs Stanley W. Pagorek and Kevin W. Bratland*

Robert J. Pavich
rpavich@pavichlawgroup.com
John J. Pavich
jpavich@pavichlawgroup.com
**PAVICH LAW GROUP, P.C.**
30 W. Monroe Street, Suite 1310
Chicago, Illinois 60603
Telephone: 312-690-8400

Walid J. Tamari
wtamari@tamarilaw.com
Catherine Towne
ctowne@tamarilaw.com
**TAMARI LAW GROUP, LLC**
55 W. Monroe Street, Suite 2370
Chicago, Illinois 60603
Telephone:  312-368-5000

*Attorneys for Plaintiff Stanley W. Pagorek*

Joseph P. Guglielmo
jguglielmo@scott-scott.com
Erin G. Comite
ecomite@scott-scott.com
**SCOTT+SCOTT,**
**ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174-4099
Telephone: 212-223-6444
Facsimile: 212-223-6334

*Attorneys for Plaintiff Caroline Tongarm*

Lionel Z. Glancy
lglancy@glancylaw.com
Mark S. Greenstone
mgreenstone@glancylaw.com
Marc L. Godino
mgodino@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP.**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-432-1495

*Attorneys for Plaintiff Sebastien DuFort*