


JOSEPH P. GUGLIELMO

Writer's Direct Dial Number
(212) 223-4478

Writer's Direct Email Address
jguglielmo@scott-scott.com

May 20, 2016

**VIA ECF**

Hon. Josephine L. Staton, U.S. District Judge
Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street, Courtroom 10A
Santa Ana, CA 92701-4516

Re: *In Re: Vizio, Inc., Consumer Privacy Litigation*,
No. 8:16-ml-02693-JLS (KESx) (C.D. Cal.)

Dear Judge Staton:

Pursuant to Your Honor's Order re: Initial Scheduling Conference (ECF No. 3), Scott+Scott, Attorneys at Law, LLP ("Scott+Scott"), submits this letter seeking appointment to an Executive Committee for Plaintiffs in the above-referenced litigation. Scott+Scott further supports the appointment of Cotchette Pitre & McCarthy, LLP ("CPM") and Carlson Lynch Sweet & Kilpela, LLP ("Carlson Lynch") as Co-Lead Counsel, and the establishment of an Executive Committee consisting of Scott+Scott, the Murray Law Firm, Cohen Milstein Sellers & Toll PLLC, and Zimmerman Reed, LLP. Scott+Scott represents Plaintiff Caroline Tongarm.

Scott+Scott is a nationally recognized law firm headquartered in Connecticut with offices in California, New York, Ohio, and London, England. The Firm was founded in 1975 and now has over forty attorneys dedicated to complex and class action litigation, representing individuals, businesses, and public and private pension funds that have suffered from corporate fraud and wrongdoing. Scott+Scott has significant expertise in complex consumer, antitrust, securities, ERISA, and civil rights litigation in both federal and state courts. If selected, Joseph P. Guglielmo, a partner in Scott+Scott's New York office, would be principally responsible for litigating this action. Mr. Guglielmo has extensive experience in litigating complex class actions filed throughout the United States, including data security and privacy class actions, which makes him an excellent candidate for appointment to an Executive Committee in order to effectively and efficiently litigate this action in the best interests of Plaintiffs and the Class.

### A. Knowledge and Experience Prosecuting Class and MDL Actions

Scott+Scott and its attorneys have extensive experience initiating, litigating, trying, and resolving class actions, including MDL cases. As set forth in the resume attached as **Exhibit A**, Scott+Scott attorneys have served as lead or co-lead counsel and achieved significant results on behalf of consumers injured by fraudulent and anticompetitive conduct in numerous class actions, including MDL cases, throughout the United States.

Over the past twenty years, Mr. Guglielmo has focused in the areas of consumer, antitrust, and securities class action litigation and currently serves as co-lead counsel in *In re The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL No. 2583 (N.D. Ga.), and on the plaintiffs' steering committee in *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.), representing financial institutions injured by the theft of sensitive payment card information as a result of two of the largest data breaches that have occurred in the United States. Mr. Guglielmo also is currently serving as counsel in *Winsouth Credit Union v. Mapco Express, Inc.*, No. 14-cv-01573 (M.D. Tenn.), representing consumers and financial institutions in connection with an alleged data security incident. Mr. Guglielmo previously served in a leadership capacity, achieving significant recoveries, in consumer MDL and class cases, such as: *In re Managed Care Litigation*, MDL No. 1334 (S.D. Fla.) (settlements in excess of $1 billion on behalf of a certified class of medical providers who alleged that certain managed care organizations engaged in improper billing practices in violation of RICO); *Love v. Blue Cross and Blue Shield Ass'n*, No. 03-cv-21296 (S.D. Fla.) (settlements of approximately $130 million in cash and other benefits valued in excess of $2 billion on behalf of a class of medical providers who alleged that certain health insurance companies conspired to reduce payments in violation of RICO); *In re Insurance Brokerage Antitrust Litigation*, MDL No. 1897 (D.N.J.) (settlements exceeding $180 million on behalf of class of purchasers of insurance products who alleged that certain insurance companies and brokerages fixed prices associated with the sale of insurance in violation of RICO and antitrust laws); *In re NQ Mobile, Inc. Securities Litigation*, No. 13-cv-07608-WHP (S.D.N.Y) ($5.1 million settlement on behalf of shareholders alleging violations of federal securities laws); and *Murr v. Capital One Bank (USA), N.A.*, No. 13-cv-1091 (E.D. Va.) ($7.3 million settlement on behalf of consumers who were misled into accepting purportedly 0% interest offers).

Mr. Guglielmo's partner, Erin Green Comite, also will be actively involved in this matter. Ms. Comite has extensive experience litigating complex class actions, including data security and privacy litigation. Ms. Comite currently serves as Chair of the Steering Committee in *Greater Chautauqua Federal Credit Union v. Kmart Corporation*, No. 15-cv-02228 (N.D. Ill.), a data breach involving Kmart and is on the Executive Committee in *In re Herbal Supplements Marketing and Sales Practices Litigation*, MDL No. 2519 (N.D. Ill.). Ms. Comite previously was co-lead counsel in *In re Monsanto Company Genetically-Engineered Wheat Litigation*, MDL No. 2473 (D. Kan.), representing a class of farmers who were injured by the defendant's purported contamination of wheat with certain genetically-modified wheat strains.

As demonstrated above and in the attached resume, Scott+Scott possesses the experience necessary to successfully prosecute this action on behalf of Plaintiffs and the Class.

**B. Willingness and Ability to Commit to a Time-Consuming Process**

Scott+Scott has the experience and resources necessary to commit to this complex class action in order to obtain the best result possible for Plaintiffs and the Class. Scott+Scott is one of the few class action firms that not only has the resources necessary to successfully litigate cases through trial, but also has recent, relevant trial experience. For example, Scott+Scott served as co-trial counsel in *In re Scrap Metal Antitrust Litigation*, 02-cv-0844-KMO (N.D. Ohio), where it helped obtain a $34.5 million jury verdict, which was subsequently affirmed by the United States Court of Appeals for the Sixth Circuit (*see In re Scrap Metal Antitrust Litigation*, 527 F.3d 517, 524 (6th Cir. 2008)). Scott+Scott also recently served as co-trial counsel in *Ross v. Bank of America N.A.*, No. 05-cv-7116, MDL No. 1409 (S.D.N.Y.), and *Ross v. American Express Co.*, No. 04-cv-5723, MDL No. 1409 (S.D.N.Y), a five-week bench trial brought on behalf of consumers alleging that certain credit card companies had conspired to adopt arbitration clauses. Scott+Scott will continue to commit the resources necessary to obtain a successful outcome in

this litigation, including taking this case to trial if necessary.

**C. Ability to Work Cooperatively with Others**

As demonstrated by the foregoing experience and attached resume, Scott+Scott has the ability to work cooperatively with other firms. Evidencing its collegiality, Scott+Scott not only proposes a multi-member Executive Committee consisting of firms with which Mr. Guglielmo routinely works, but also has the support of the firms listed in **Exhibit B**. Mr. Guglielmo has worked with many of the firms that are submitting competing applications, such as Lockridge Grindal Nauen, PLLP, Keller Rohrback, LLP, Barrack, Rodos & Bacine, Girard Gibbs, LLP, Finkelstein Thompson, LLP, and Wexler Wallace, LLP. Furthermore, Mr. Guglielmo, as co-lead counsel, is managing approximately twenty firms in the *Home Depot* litigation, where the motion to dismiss was recently denied. *In re The Home Depot, Inc., Customer Data Security Breach Litigation*, No. 14-md-2583, 2016 WL 2897520 (N.D. Ga. May 18, 2016).

**D. Access to Sufficient Resources to Timely Prosecute the Litigation**

Scott+Scott has more than 40 attorneys and has the resources and experience necessary to adeptly handle complex matters. Mr. Guglielmo has been appointed to leadership positions in data security and privacy cases and is a long-standing member of and recent Steering Committee appointee to Working Group 1 of The Sedona Conference, which focuses on electronic discovery. Therefore, the depth of his subject matter expertise will enhance the efficiency of this litigation. Scott+Scott almost exclusively litigates cases on a contingency basis, always advancing the costs of litigation. In short, Scott+Scott is prepared to commit the resources necessary to prosecute this case to a successful conclusion.

**E. Names and Contact Information of Judges**

Mr. Guglielmo recently has appeared before the following judges in complex matters: (1) Hon. Thomas W. Thrash, Jr., Chief United States District Judge, Northern District of Georgia - (404) 215-1550 (*In re The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL No. 2583); (2) Hon. William H. Pauley III, United States District Judge, Southern District of New York – (212) 805-6387 (*In re NQ Mobile, Inc. Securities Litigation*, No. 13-cv-07608); and (3) Hon. Leonie M. Brinkema, United States District Judge, Eastern District of Virginia – (703) 299-2116 (*Murr v. Capital One Bank (USA), N.A.*, No. 13-cv-1091).

**F. Attorney Fee Proposal**

Scott+Scott adopts the attorney fee proposal made by CPM and Carlson Lynch.

For the foregoing reasons, Scott+Scott requests that the Court appoint it to an Executive Committee with CPM and Carlson Lynch as Co-Lead Counsel.

Respectfully submitted,
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

Joseph P. Guglielmo

# EXHIBIT A

# SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

Scott+Scott, Attorneys at Law, LLP ("Scott+Scott" or the "Firm") is a nationally recognized law firm headquartered in Connecticut with offices in California, New York, Ohio, and London, England. The Firm was founded in 1975 and now has approximately forty attorneys dedicated to complex and class action litigation, representing individuals, businesses, and public and private pension funds that have suffered from corporate fraud and wrongdoing.

The quality of Scott+Scott's representation is recognized by courts. For example, in litigation relating to the Ponzi scheme perpetrated by Bernard Madoff, where Scott+Scott obtained a temporary restraining order benefiting New York University that prevented the siphoning off of over $200 million from a Bernard Madoff feeder fund, the court complimented Scott+Scott's advocacy, stating:

> Scott+Scott did a superlative job in its representation[.] . . . Scott+Scott has demonstrated a remarkable grasp and handling of the extraordinarily complex matters in this case. The extremely professional and thorough means by which NYU's counsel has litigated this matter has not been overlooked by this Court. They have possessed a knowledge of the issues presented and this knowledge has always been used to the benefit of all investors.

*NYU v. Ariel Fund Ltd*., No. 603803/08, Order at 9-10 (N.Y. Supr. Ct. Feb. 22, 2010).

## COMPETITION PRACTICE GROUP

Scott+Scott is one of the premier advocates in the areas of antitrust and consumer protection law. Scott+Scott currently serves as co-lead counsel in a number of complex class actions brought on behalf of consumers and businesses harmed by fraudulent and anticompetitive conduct, including *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y.), alleging a conspiracy to manipulate the benchmark rate in the foreign exchange ("FX") market, the world's largest and most actively traded financial market (***$2 billion in partial settlements negotiated to date***), *Alaska Electrical Pension Fund v. Bank of America Corporation*, No. 14-cv-07126 (S.D.N.Y.), alleging a conspiracy to fix the ISDAfix rate, a key interest rate for derivatives and other financial instruments, at artificial levels (***$324 million in settlements negotiated to date***), and *In Re: Disposable Contact Lens Antitrust Litigation*, No. 15-md-2626 (M.D. Fla.), alleging industry-wide price fixing.

Scott+Scott and its attorneys in the Competition Practice Group also have a proven track record of obtaining significant recoveries: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.) (***$7.25 billion settlement*** of claims alleging that merchants have been overcharged billions of dollars per year by Visa and MasterCard due to anticompetitive conduct in setting interchange fees and card acceptance practices); *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.) (***$590.5 million settlement*** of claims alleging that the nation's largest private equity firms colluded to restrain competition and suppress prices paid to shareholders of public companies in connection with leveraged buyouts); *In re Currency Conversion Antitrust Litigation*, No. 01-md-01409 (S.D.N.Y.) (***$336 million settlement*** of claims alleging a conspiracy to require credit cardholders to arbitrate all legal disputes and give up any right to participate in class actions); *In re Providian Financial Corp. Credit Card Terms Litigation*, MDL No. 1301 (E.D. Pa.) (***$105 million settlement*** on behalf of a class of credit card holders who were charged excessive interest and late charges on their credit cards); *The Vulcan Society, Inc. v. The City of New York*, No. 07-cv-02067 (E.D.N.Y.) (***$100 million settlement and significant injunctive relief*** on behalf of a class of black applicants who sought to be New York City firefighters but were denied or delayed employment due to racial discrimination); *In re Korean Air Lines Co., Ltd. Antitrust Litigation*,

MDL No. 1891 (C.D. Cal.) (***$65 million settlement*** was achieved on behalf of a class of consumers who purchased airline tickets); *In re Prudential Ins. Co. SGLI/VGLI Contract Litigation*, MDL No. 2208 (D. Mass.) (***$40 million settlement*** on behalf of a class of military service members and their families who had purchased insurance contracts); *In re Pre-Filled Propane Tank Marketing & Sales Practices Litigation*, MDL No. 2086 (W.D. Mo.) (***$37 million settlement*** on behalf of class of propane purchasers who alleged defendants overcharged the class for under-filled propane tanks); *Howerton v. Cargill, Inc.*, No. 13-cv-00336 (D. Haw.) (***$6.1 settlement*** on behalf class of consumers who purchased Truvia, purported to be deceptively marketed as "all-natural"); and *Gunther v. Capital One, N.A.*, No. 09-cv-2966 (E.D.N.Y.) (settlement resulting in class members receiving ***100% of their damages*** in case alleging consumers were improperly charged undeliverable mail fees).

**Joseph P. Guglielmo**, the partner who will have a lead role in this litigation, has focused in the areas of consumer, antitrust, and securities class action litigation for over twenty years and currently serves as co-lead counsel in *In re The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL No. 2583 (N.D. Ga.), and on the plaintiffs' steering committee in *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.), representing financial institutions injured by the theft of sensitive payment card information as a result of two of the largest data breaches that have occurred in the U.S. In addition to his many litigation successes highlighted in the letter submitted herewith, Mr. Guglielmo is an expert on electronic discovery, a subject on which he frequently lectures, and is a member of the Steering Committee of Working Group 1 of the Sedona Conference®, an organization devoted to providing guidance and information concerning discovery issues involved in litigation.

**Erin Green Comite**, another Scott+Scott partner who will be dedicated to this case, has litigated such cases as *In re Priceline.com Securities Litigation* (D. Conn.) ($80 million settlement); *Irvine v. ImClone Systems, Inc.*, No. 02-cv-0109 (S.D.N.Y.) ($75 million settlement); *Schnall v. Annuity and Life Re (Holdings) Ltd.* (D. Conn.) ($27 million settlement); and *In re Qwest Communications International, Inc.* (D. Colo.) (settlement obtaining $25 million for the company and achieving corporate governance reforms aimed at ensuring board independence). Ms. Comite has played a significant role representing financial institutions in *In re The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL No. 2583 (N.D. Ga.) and *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.), two of the largest data breaches impacting consumer personal data to date. She also served as co-lead counsel in *In re Monsanto Company Genetically-Engineered Wheat Litigation*, MDL No. 2473 (D. Kan.), representing a class of farmers who were injured by the defendant's purported contamination of wheat with certain genetically-modified wheat strains, and is on the plaintiffs' executive committee in *In re Herbal Supplements Marketing and Sales Practices Litigation*, MDL No. 2519 (N.D. Ill.), brought on behalf of a class of consumers alleging major retail-chain defendants misrepresent the ingredients in the store-branded herbal supplements they sell, and *In re L'Oreal Wrinkle Cream Marketing Practices Litigation*, MDL No. 2415 (D.N.J.), brought on behalf of a class of consumers alleging defendants misrepresent the anti-aging benefits of certain of their products. She also has played a significant role in the prosecution of consumer class cases such as: *Greater Chautauqua Federal Credit Union v. Kmart Corporation*, No. 15-cv-02228 (N.D. Ill.), where she currently is Chair of the Plaintiffs' Steering Committee, *Howerton v. Cargill, Inc.*, No. 13-cv-00336 (D. Haw.) (***$6.1 settlement***), *Murr v. Capital One Bank (USA), N.A.*, No. 13-cv-1091 (E.D. Va.) (***$7.3 million settlement***); and *In re Nutella Mktg. & Sales Practices Litig.*, No. 11-cv-01086 (D.N.J.) (***$2.5 million settlement***). Ms. Comite's recent appellate victories in consumer class actions include *Chavez v. Nestle USA, Inc.*, 511 F. App'x 606 (9th Cir. 2013) (achieving reversal of dismissal), and *In re Nutella Mktg. & Sales Practices Litig.*, 589 Fed. Appx. 53 (3d Cir. 2014) (successfully defending class action settlement attacked by professional objectors).

# EXHIBIT B

***IN RE VIZIO INC., CONSUMER PRIVACY LITIGATION,***
**CASE NO. 16-ML-02693-JLS**

The following firms support appointment of the following proposed leadership structure in the best interests of the Class: **Lead Counsel**: Cotchett, Pitre & McCarthy, LLP; and Carlson Lynch Sweet & Kilpela, LLP. **Executive Committee**: Cohen Milstein Sellers & Toll, PLLC; Zimmerman Reed, LLP; Scott+Scott, Attorneys at Law, LLP; and the Murray Law Firm:

Gary F. Lynch
glynch@carlsonlynch.com
**CARLSON LYNCH SWEET & KILPELA, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

*Attorney for Caroline Tongarm*

Jason S. Kilene
jkilene@gustafsongluek.com
David A. Goodwin
dgoodwin@gustafsongluek.com
Joseph C. Bourne
jbourne@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiff Daniel Von Haden*

Andrew N. Friedman
afriedman@cohenmilstein.com
Sally M. Handmaker

shandmaker@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Caroline Tongarm*

Jayne Arnold Goldstein
jagoldstein@pomlaw.com
**POMERANTZ LLP**
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
Telephone: (954) 315-3454
Facsimile: (954) 315-3455

*Attorney for Plaintiffs Steven Dassa and Benjamin Hinerfeld*

Arthur M. Murray
amurray@murray-lawfirm.com
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

*Attorney for Plaintiff Caroline Tongarm*

Brian C. Gudmundson
brian.gudmundson@zimmreed.com
David M. Cialkowski
david.cialkowski@zimmreed.com
**ZIMMERMAN REED, LLP**

1100 IDS Center 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400

Caleb Marker
caleb.marker@zimmreed.com
**ZIMMERMAN REED, LLP**
555 East Ocean Blvd., Suite 500
Long Beach, California 90802
Telephone: (877) 500-8780

*Attorneys for Plaintiffs Stanley W. Pagorek and Kevin W. Bratland*

Robert J. Pavich
rpavich@pavichlawgroup.com
John J. Pavich
jpavich@pavichlawgroup.com
**PAVICH LAW GROUP, P.C.**
30 W. Monroe Street, Suite 1310
Chicago, Illinois 60603
Telephone: (312) 690-8400

Walid J. Tamari
wtamari@tamarilaw.com
Catherine Towne
ctowne@tamarilaw.com
**TAMARI LAW GROUP, LLC**
55 W. Monroe Street, Suite 2370
Chicago, Illinois 60603
Telephone: (312) 368-5000

*Attorneys for Plaintiff Stanley W. Pagorek*

Joseph P. Guglielmo
jguglielmo@scott-scott.com
Erin G. Comite
ecomite@scott-scott.com

**SCOTT+SCOTT,**
**ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174-4099
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Attorney for Plaintiff Caroline Tongarm*

Lionel Z. Glancy
lglancy@glancylaw.com
Mark S. Greenstone
mgreenstone@glancylaw.com
Marc L. Godino
mgodino@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP.**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495

*Attorney for Plaintiff Sebastien DuFort*