**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Andrei Armas, Esq. (SBN: 299703)
andrei@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Robin Anderson*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| In re: Vizio, Inc., Consumer Privacy Litigation | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**NOTICE OF DESIGNATION OF COUNSEL**<br><br>Hon. Josephine L. Staton<br><br>**This Document Relates to: All Actions** |
|---|---|

//
//

---

**NOTICE OF DESIGNATION OF COUNSEL**  Case No. 8:16-ml-02693-JLS-KES

Pursuant to Court's Initial Scheduling Order (Dkt. 3), Plaintiff Robin Anderson, hereby respectfully designates Attorney Eve-Lynn Rapp of the law firm Edelson PC, to act on her behalf at the initial case management conference scheduled for June 6, 2016.

Dated: June 3, 2016                     Respectfully submitted,

*/s/     Andrei Armas*
Abbas Kazerounian
ak@kazlg.com
Andrei Armas
andrei@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Tel: (800) 400-6808
Fax: (800) 520-5523

*Attorneys for Plaintiff Robin Anderson*