DAVIS & GILBERT LLP
Marc J. Rachman (mrachman@dglaw.com)
1740 Broadway
New York, NY 10019
(212) 468-4800
*Attorneys for Defendants WPP Group USA, Inc.
and Xaxis, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Vizio, Inc., Consumer Privacy Litigation, | MDL CASE NO. 8:16-ML-02693-JLS-KES |
| This Document Relates to: ALL ACTIONS | **RULE 7.1 STATEMENT FOR DEFENDANT XAXIS, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the corporate defendant certifies that XAXIS, INC. is not publicly held and is an indirect, wholly owned subsidiary of WPP plc., a publicly held corporation.

Dated: June 3, 2016
New York, New York

                                      Respectfully submitted,
                                      DAVIS & GILBERT LLP

                                          /s/ Marc J. Rachman
                                    Marc J. Rachman (mrachman@dglaw.com)
                                    1740 Broadway
                                    New York, New York 10019
                                    (212) 468-4800

1
2

*Attorneys for Defendants*
*WPP GROUP USA, INC. and XAXIS, INC.*

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28