DAVIS & GILBERT LLP
Marc J. Rachman (mrachman@dglaw.com)
1740 Broadway
New York, NY 10019
(212) 468-4800
*Attorneys for Defendants WPP Group USA, Inc.
and Xaxis, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Vizio, Inc., Consumer Privacy Litigation,<br><br>This Document Relates to:<br>ALL ACTIONS | MDL CASE NO. 8:16-ML-02693-JLS-KES<br><br>**RULE 7.1 STATEMENT FOR DEFENDANT WPP GROUP USA, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the corporate defendant certifies that WPP GROUP USA, INC. is not publicly held and is an indirect, wholly owned subsidiary of WPP plc., a publicly held corporation.

Dated: June 3, 2016
New York, New York

                        Respectfully submitted,
                        DAVIS & GILBERT LLP

                              /s/ Marc J. Rachman
                        Marc J. Rachman (mrachman@dglaw.com)
                        1740 Broadway
                        New York, New York 10019
                        (212) 468-4800

1
2 *Attorneys for Defendants*
*WPP GROUP USA, INC. and XAXIS, INC.*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1760432.1 03023-0700-013