# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>v.<br>Plaintiff(s)<br><br>This Document Relates To:<br>ALL ACTIONS<br><br>Defendant(s). | **CASE NUMBER**<br>8:16-ml-02693-JLS (KESx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Skok, Gavin W.                                                                              of   RIDDELL WILLIAMS P.S.
*Applicant's Name (Last Name, First Name & Middle Initial)*                                      1001 Fourth Avenue
(206) 624-3600           (206) 389-1708                                                           Suite 4500
*Telephone Number*       *Fax Number*                                                             Seattle, WA 98154
gskok@riddellwilliams.com
*E-Mail Address*                                                                                  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
iSPOT.tv, Inc.

*Name(s) of Party(ies) Represented*        ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

**and designating as Local Counsel**
Witham, Jeffrey R.                                                                           of   McLeod & Witham LLP
*Designee's Name (Last Name, First Name & Middle Initial)*                                        300 S. Grand Avenue
116392           (213) 627-3600           (213) 627-6290                                          Suite 2525
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*                                       Los Angeles, CA 90071
jwitham@mmwf.com
*E-Mail Address*                                                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                                                      _____
                                                                                    **U.S. District Judge/U.S. Magistrate Judge**