# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: VIZIO, INC., CONSUMER PRIVACY LITIGATION <br><br> Plaintiff(s) <br> v. <br><br> This Document Relates To: <br> ALL ACTIONS <br><br> Defendant(s) | CASE NUMBER <br><br> 8:16-ml-02693-JLS (KESx) <br><br> ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Skok, Gavin W.     of     RIDDELL WILLIAMS P.S.
*Applicant's Name (Last Name, First Name & Middle Initial)*     1001 Fourth Avenue

(206) 624-3600     (206) 389-1708     Suite 4500
*Telephone Number*     *Fax Number*     Seattle, WA 98154

gskok@riddellwilliams.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
iSPOT.tv, Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

**and designating as Local Counsel**

Witham, Jeffrey R.     of     McLeod & Witham LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     300 S. Grand Avenue

116392     (213) 627-3600     (213) 627-6290     Suite 2525
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*     Los Angeles, CA 90071

jwitham@mmwf.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated    June 8, 2016            **JOSEPHINE L. STATON**
                                          U.S. District Judge