# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SAML 16-02693-JLS (KESx) | Date | June 6, 2016 |
|---|---|---|---|
| Title | Vizio, Inc., Consumer Privacy Litigation | | |

| Present: The Honorable | JOSEPHINE L. STATON, United States District Judge | |
|---|---|---|
| Ivette Gomez | Deborah Parker | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ashley E. Aitken; Darren O'Leary Aitken; Wylie A. Aitken; Stephen R. Basser; Andrew N. Friedman, PHV; Kas Gallucci; Eric H. Gibbs; Joseph P. Guglielmo, PHV; Brian C. Gunmundson, PHV; Cari C. Laufenberg, PHV; Gary F. Lynch, PHV; Ronald Marron; Arthur M. Murray; John R. Parker, Jr.; Eve-Lynn J. Rapp, PHV; Christopher Ridout; Noah M. Schubert; Robert K. Shelquist, PHV; Samuel M. Ward; Adam John Zapala | Jonathan H. Blavin; Keith Eggleton; Rebekah Guyon; Hyonsoon Kim, Anthony T. Pierce, PHV; Marc J. Rachman, PHV; Adam J. Thurston; Jeffrey R. Witham; Elaine Zhong |

**Proceedings:** SCHEDULING CONFERENCE

Cause is called. Court and counsel confer. The matter is taken under submission.

| | 00 | : | 36 |
|---|---|---|---|
| | Initials of Preparer | ig for tg | |