# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Vizio, Inc., Consumer Privacy Litigation<br><br>Plaintiff(s)<br>v.<br><br>This Document Relates to:<br>ALL ACTIONS<br><br>Defendant(s). | CASE NUMBER<br><br>8:16-ml-02693-JLS (KESx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Slawe, Meredith C.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(215) 988-2700              (215) 988-2757
*Telephone Number*           *Fax Number*
Meredith.Slawe@dbr.com
*E-Mail Address*

of

DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Visible World, Inc., misnamed in the Kuntzman action as AUDIENCE XPRESS LLC, a Delaware Limited Liability Company.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Thurston, Adam J.
*Designee's Name (Last Name, First Name & Middle Initial)*
162636         (310) 203-4000         (310) 229-1285
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
Adam.Thurston@dbr.com
*E-Mail Address*

of

DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: June 14, 2016**

                                        **JOSEPHINE L. STATON**
                                        **U.S. District Judge**

G-64 Order (05/16)
85742405.1
(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1