Eric H. Gibbs (Bar No. 178658)
Andre Mura (Bar No. 298541)
Linda Lam (Bar No. 301461)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
lpl@classlawgroup.com

Joseph W. Cotchett (Bar No. 36324)
Adam J. Zapala (Bar No. 245748)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com

*Co-lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693-JLS (KESx)<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT RULE 26(f) REPORT**<br><br>Hon. Josephine L. Staton |

1  The parties in *In re: Vizio, Inc. Consumer Privacy Litig.,* Case No. 8:16-ml-02693-JLS (KESx) (MDL No. 2693), hereby stipulate as follows:

WHEREAS, pursuant to the Court's order of July 5, 2016 (Dkt. No. 98), the parties are required to submit a joint case management statement and proposed scheduling order by July 26, 2016;

WHEREAS, the parties held an initial Fed. R. Civ. P. 26(f) Conference on July 15, 2016, at which time the parties agreed to continue to meet and confer regarding discovery and case scheduling;

WHEREAS, the parties have subsequently exchanged information and have had meaningful additional communications regarding proposed discovery and case scheduling, and plan to have a follow-up conference shortly;

WHEREAS, the parties continue to make progress towards preparing a joint case management statement and proposed scheduling order;

WHEREAS, the parties agree that an extension until August 5, 2016 would allow the parties time to work together to submit a more comprehensive and constructive joint case management statement and proposed scheduling order;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, that:

The parties' deadline to file a joint case management statement and proposed scheduling order shall be August 5, 2016.

IT IS SO STIPULATED.

Dated:  July 22, 2016            **GIRARD GIBBS LLP**

*/s/ Eric H. Gibbs*_____
Eric H. Gibbs
ehg@classlawgroup.com
Andre Mura
amm@classlawgroup.com
Linda Lam
lpl@classlawgroup.com

1

STIPULATION TO EXTEND TIME TO FILE JOINT RULE 26(f) REPORT
CASE NO. 8:16-ML-02693-JLS-KES

505 14th Street, Suite 1110
Oakland, CA 94612
Tel:  (510) 350-9700
Fax: (510) 350-9701

**COTCHETT, PITRE & MCCARTHY, LLP**

*/s/ Joseph W. Cotchett*___
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:  (650) 697-6000
Fax: (650) 697-0577

*Co-lead Counsel for Plaintiffs*


**AKIN GUMP STRAUSS HAUER AND FELD LLP**

*/s/ Hyongsoon Kim*
Hyongsoon Kim
kimh@akingump.com
Akin Gump Strauss Hauer and Feld LLP
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: 949-885-1000
Fax: 949-885-1001

Anthony T. Pierce
apierce@akingump.com
1333 New Hampshire Avenue NW Suite 1500
Washington, DC 20036
Tel: 202-887-4000
Fax: 202-887-4288

2

STIPULATION TO EXTEND TIME TO FILE JOINT RULE 26(f) REPORT
CASE NO. 8:16-ML-02693-JLS-KES

|   |   |
|---|---|
| 1 | Patrick Eoghan Murray |
| 2 | pmurray@akingump.com |
|   | Akin Gump Strauss Hauer and Feld LLP |
| 3 | 2029 Century Park East Suite 2400 |
| 4 | Los Angeles, CA 90024 United St |
|   | Tel: 310-229-1000 |
| 5 | Fax: 310-229-1001 |

*Attorneys for Defendants Vizio Holdings, Inc.; Vizio Inscape Services, LLC; Vizio Inscape Technologies, LLC; and Cognitive Media Networks, Inc.*

3

STIPULATION TO EXTEND TIME TO FILE JOINT RULE 26(f) REPORT
CASE NO. 8:16-ML-02693-JLS-KES

**ATTESTATION OF E-FILED SIGNATURE**

I, Eric H. Gibbs, am the ECF User whose ID and password are being used to file the foregoing Stipulation to Extend Time to File Joint Rule 26(f) Report. In compliance with L.R. 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: July 22, 2016                              By: /s/ Eric H. Gibbs