IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693-JLS (KESx)<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE JOINT RULE 26(f) REPORT**<br><br>Judge:  Hon. Josephine L. Staton |

This matter comes before the Court on the parties' Stipulation to Extend Time to File Joint Rule 26(f) Report. Upon consideration of the parties' stipulation and for good cause shown, the Court hereby GRANTS the stipulated relief.

IT IS SO ORDERED that:

1. The parties' deadline to file a joint case management statement and proposed scheduling order shall be August 5, 2016.

DATED this _____ day of _____, 2016.

_____
HON. JOSEPHINE L. STATON
United States District Judge

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE JOINT
RULE 26(f) REPORT