1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION

This document relates to:

ALL ACTIONS

Case No. 8:16-ml-02693-JLS (KESx)

**ORDER GRANTING EXTENSION OF TIME TO FILE JOINT RULE 26(f) REPORT**

Judge:  Hon. Josephine L. Staton

This matter comes before the Court on the parties' Stipulation to Extend Time to File Joint Rule 26(f) Report. Upon consideration of the parties' stipulation and for good cause shown, the Court hereby GRANTS the stipulated relief.

///
///
///
///
///
///
///
///
///

IT IS SO ORDERED that:

1.  The parties' deadline to file a joint case management statement and proposed scheduling order shall be August 5, 2016.

Dated:  July 26, 2016

_____
HON. JOSEPHINE L. STATON
United States District Judge