**AKIN GUMP STRAUSS HAUER & FELD LLP**
ANTHONY T. PIERCE (*admitted pro hac vice*)
apierce@akingump.com
1333 New Hampshire Avenue NW Suite 1500
Washington, DC 20036
Tel: 202-887-4000
Fax: 202-887-4288

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA  92614
Tel:  949-885-4100
Fax:  949-885-4101

PATRICK MURRAY (SBN 293765)
pmurray@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
Tel:  310-229-1000
Fax:  310-229-1001

*Attorneys for Defendants VIZIO Holdings, Inc.,*
*VIZIO, Inc., VIZIO Inscape Services, LLC,*
*and VIZIO Inscape Technologies, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc., Consumer Privacy Litigation<br><br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br>**STIPULATION TO EXTEND TIME TO FILE STIPULATED PROTECTIVE ORDER, JOINT CASE MANAGEMENT REPORT, AND PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Judge:       Hon. Josephine L. Staton |

The parties in *In re: Vizio, Inc. Consumer Privacy Litig.*, Case No. 8:16-ml-02693- JLS (KESx) (MDL No. 2693), hereby stipulate as follows:

WHEREAS, pursuant to the Court's order of June 8, 2016 (Doc. No. 85), Plaintiffs are required to file their consolidated class action complaint by August 8, 2016;

WHEREAS, pursuant to the Court's order of July 5, 2016 (Doc. No. 98), the parties are required to file a stipulation for a protective order by August 4, 2016;

WHEREAS, pursuant to the Court's order of July 26, 2016 (Doc. No. 100), the parties are required to file a joint case management statement and proposed scheduling order by August 5, 2016;

WHEREAS, the parties held an initial Fed. R. Civ. P. 26(f) Conference on July 15, 2016, at which time the parties agreed to continue to meet and confer regarding discovery and case scheduling;

WHEREAS, the parties have subsequently conducted several additional conferences in an effort to reach agreement on certain issues relating to discovery, case management and scheduling, including the potential for tolling certain claims against certain parties, and have made progress in resolving some but not all of those issues;

WHEREAS, the parties have also exchanged drafts of a protective order and are presently negotiating certain terms therein;

WHEREAS, the parties agree that a further extension of one week would allow the parties sufficient time to complete the ongoing negotiations in an effort to reach agreement on discovery and case management issues;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants that, subject to the approval of the Court:

1.  The Parties' deadline to file a stipulated protective order shall be August 11, 2016.

2.  The Parties' deadline to file a joint case management statement and proposed scheduling order shall be August 12, 2016.

2

1       3.  Plaintiffs' deadline to file a consolidated class action complaint shall be

2  August 15, 2016.

3       IT IS SO STIPULATED.

4

5  Dated:  August 4, 2016       **AKIN GUMP STRAUSS HAUER**

                                 **& FELD LLP**

6

7                             */s/ Hyongsoon Kim*

8                              Anthony T. Pierce

                              apierce@akingump.com

9                              1333 New Hampshire Avenue NW Suite 1500

10                           Washington, DC 20036

                           Tel: 202-887-4000

11                           Fax: 202-887-4288

12

13                           Hyongsoon Kim

                           kimh@akingump.com

14                           Akin Gump Strauss Hauer and Feld LLP

                           4 Park Plaza, Suite 1900

15                           Irvine, CA 92614

16                           Tel: 949-885-1000

                           Fax: 949-885-1001

17

18                           Patrick Eoghan Murray

                           pmurray@akingump.com

19                           Akin Gump Strauss Hauer and Feld LLP

20                           2029 Century Park East Suite 2400

                           Los Angeles, CA 90024 United St

21                           Tel: 310-229-1000

22                           Fax: 310-229-1001

23                           *Attorneys for Defendants VIZIO Holdings, Inc.,*

24                           *VIZIO, Inc., VIZIO Inscape Services, LLC,*

                           *and VIZIO Inscape Technologies, LLC*

25

26

27

28

**GIRARD GIBBS LLP**

/s/ *Andre Mura*
Eric H. Gibbs
ehg@classlawgroup.com
Andre Mura
amm@classlawgroup.com
Linda Lam
lpl@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 9461
Tel:  (510) 350-9700
Fax: (510) 350-9701


**COTCHETT, PITRE & MCCARTHY, LLP**

/s/ *Adam Zapala*
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:  (650) 697-6000
Fax: (650) 697-0577

*Co-lead Counsel for Plaintiffs*

STIPULATION TO EXTEND TIME TO FILE  STIPULATED PROTECTIVE ORDER,
JOINT CASE MANAGEMENT REPORT, AND CONSOLIDATED COMPLAINT                MDL Case No. 8:16-ml-02693-JLS-KES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION OF E-FILED SIGNATURE

I, Hyongsoon Kim, am the ECF User whose ID and password are being used to file the foregoing Initial Joint Case Management Statement. In compliance with L.R. 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: August 4, 2016       By: *_/s/ Hyongsoon Kim_*_____

STIPULATION TO EXTEND TIME TO FILE  STIPULATED PROTECTIVE ORDER,
JOINT CASE MANAGEMENT REPORT, AND CONSOLIDATED COMPLAINT      MDL Case No. 8:16-ml-02693-JLS-KES