# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc., Consumer Privacy Litigation<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME**<br><br>Judge: Hon. Josephine L. Staton |

1  This matter comes before the Court on the parties' Stipulation to Extend Time to
2  File a Stipulated Protective Order, Joint Rule 36(f) Report, and Plaintiffs' Consolidated
3  Class Action Complaint.  Upon consideration of the parties' stipulation and for good
4  cause shown, the Court hereby GRANTS the stipulated relief.
5  IT IS SO ORDERED that:
6  1. The parties' deadline to file a joint case management statement and proposed
7     scheduling order shall be August 11, 2016.
8  2. The parties' deadline to file a stipulated protective order shall be August 12,
9     2016.
10 3. Plaintiffs' deadline to file a consolidated class action complaint shall be
11    August 15, 2016.

Dated: _____         _____
                                   HON. JOSEPHINE L. STATON
                                   United States District Judge