# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc., Consumer Privacy Litigation<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Judge:    Hon. Josephine L. Staton |

1. This matter comes before the Court on the parties' Stipulation to Extend Time to File a Stipulated Protective Order, Joint Rule 26(f) Report, and Plaintiffs' Consolidated Class Action Complaint.  Upon consideration of the parties' stipulation and for good cause shown, the Court hereby GRANTS the stipulated relief.

IT IS SO ORDERED that:

1. The parties' deadline to file a joint case management statement and proposed scheduling order shall be August 11, 2016.
2. The parties' deadline to file a stipulated protective order shall be August 12, 2016.
3. Plaintiffs' deadline to file a consolidated class action complaint shall be August 15, 2016.

Dated:  August 09, 2016

_____
HON. JOSEPHINE L. STATON
United States District Judge

2