Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Adam J. Zapala (245748)
azapala@cpmlegal.com
Elizabeth Tran (280502)
etran@cpmlegal.com
Joyce Chang (300780)
jchang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

Eric H. Gibbs (Bar No. 178658)
ehg@classlawgroup.com
Andre Mura (Bar No. 298541)
amm@classlawgroup.com
Linda Lam (Bar No. 301461)
lpl@classlawgroup.com
**GIRARD GIBBS LLP**
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

*[Additional Counsel Listed On Signature Page]*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| **In re: Vizio, Inc., Consumer Privacy Litigation** | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 4** |

**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 4; MDL Case No. 8:16-ml-02693-JLS-KES**

To date, this consolidated MDL litigation includes actions originally filed in judicial districts across the country. Plaintiffs from a number of states have asserted, collectively, a wide variety of federal and state statutory claims, and numerous common law claims arising under a number of different state laws. The Defendants, Vizio, Inc., Vizio Holdings, Inc., Vizio Inscape Services, LLC., and Vizio Inscape Technologies, LLC. (f/k/a Cognitive Media Networks, Inc.) all reside in California, or are incorporated in California or Delaware (hereinafter, collectively "Defendants").

Since the litigation was consolidated and transferred to this Court for pretrial proceedings, the parties, through their respective counsel, have been discussing ways to streamline the litigation to allow it to proceed efficiently and expeditiously without unreasonable impairment to the rights of any Plaintiff, absent class member, or Defendant. Through this stipulation, the parties propose tolling and other case management measures designed to streamline this litigation.

Plaintiffs assert that there may be additional potential claims that could be brought against Defendants that arise under the laws of many different states and territories. The parties anticipate that the simultaneous litigation of many different state law claims would add considerable time and expense to the litigation—including at the motion to dismiss, class certification, summary judgment, and trial stages—without necessarily helping to materially advance the overall litigation toward a full and final resolution.

The parties have thus conferred and agree that Plaintiffs shall initially assert claims against the Defendants on the basis of federal, California, Florida, Massachusetts, New York and Washington law only, with potential claims arising under other states or territories' laws to be tolled as further detailed below. The parties agreed to this approach because these claims are fairly representative of corresponding causes of action under other states' laws. Similar approaches are

1  underway in three other pending multidistrict litigations, reflecting the increasing
2  recognition that this type of approach may materially reduce the demands on
3  judicial resources, particularly during the early stages of multidistrict litigation. *See*
4  *generally In re Lenovo Adware Litigation*, Case No. 5:15-md-02624-RMW (N.D.
5  Cal.); *In re: Lumber Liquidators Chinese-Manufactured Flooring Products*
6  *Marketing, Sales Practices and Products Liability Litigation,* MDL No. 1:15-md-
7  02627-AJT (E.D. Va.); and *In re Anthem Data Breach Litigation*, Case No. 5:15-
8  md-02617 (N.D. Cal.).
9      Subject to Court approval, the parties hereby stipulate and agree as follows:
10     (1) Until otherwise ordered by the Court, the Consolidated Complaint and all
11 future pleadings shall assert on behalf of Plaintiffs and the proposed class(es)
12 against the Defendants only claims that arise under federal, California, Florida,
13 Massachusetts, New York and Washington law. To the extent any named Plaintiff
14 or other member of a proposed class in this multidistrict litigation may have a
15 claim against the Defendants that relates to the subject matter of this litigation (as
16 set forth in the present complaints filed by the various Plaintiffs included in this
17 MDL or any future tag-along action(s)), which pleads a claim or claims arising
18 under the law of a state or territory other than California, Florida, Massachusetts,
19 New York or Washington, those claims will be tolled until the earlier of: (1) a final
20 dismissal of all of Plaintiffs' claims in the consolidated complaint with prejudice,
21 including after the resolution of any appeals affirming such a dismissal with
22 prejudice; (2) a period of one year from the date of this stipulation; or (3) until an
23 order of this Court directs otherwise.
24     **SO STIPULATED.**
25
26
27
28

**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 4; MDL Case No. 8:16-ml-02693-JLS-KES**   3

| | |
|---|---|
| 1 | Dated: August 11, 2016 |
| 2 | */s/ Joseph W. Cotchett* |
| | Joseph W. Cotchett |
| 3 | jcotchett@cpmlegal.com |
| | Adam J. Zapala |
| 4 | azapala@cpmlegal.com |
| 5 | Elizabeth Tran |
| | etran@cpmlegal.com |
| 6 | Joyce Chang |
| 7 | jchang@cpmlegal.com |
| | **COTCHETT, PITRE & McCARTHY, LLP** |
| 8 | 840 Malcolm Road, Suite 200 |
| 9 | Burlingame, CA 94010 |
| | Telephone: 650-697-6000 |
| 10 | Facsimile: 650-697-0577 |
| 11 | |
| 12 | */s/ Eric. H. Gibbs* |
| | Eric H. Gibbs |
| 13 | ehg@classlawgroup.com |
| 14 | Andre Mura |
| | amm@classlawgroup.com |
| 15 | Linda Lam |
| 16 | lpl@classlawgroup.com |
| | **GIRARD GIBBS LLP** |
| 17 | One Kaiser Plaza, Suite 1125 |
| 18 | Oakland, CA 94612 |
| | Telephone: (510) 350-9700 |
| 19 | Facsimile: (510) 350-9701 |
| 20 | |
| | *Interim Co-Lead Counsel* |
| 21 | |
| 22 | Gary F. Lynch |
| | glynch@carlsonlynch.com |
| 23 | **CARLSON LYNCH SWEET & KILPELA, LLP** |
| 24 | 1133 Penn Avenue, 5th Floor |
| | Pittsburgh, Pennsylvania 15222 |
| 25 | Telephone: 412-322-9243 |
| | Facsimile: 412-231-0246 |
| 26 | |
| 27 | |
| 28 | |

**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 4; MDL Case No. 8:16-ml-02693-JLS-KES**

4

Andrew N. Friedman
afriedman@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699

Brian C. Gudmundson
brian.gudmundson@zimmreed.com
**ZIMMERMAN REED, LLP**
1100 IDS Center 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400

Ashleigh E. Aitken
ashleigh@aitkenlaw.com
**AITKEN COHN**
3 MacArthur Pl #800
Santa Ana, CA 92707
Phone: (714) 434-1424
Fax: (714) 434-3600

*Plaintiffs' Interim Steering Committee*

*/s/ Anthony T. Pierce*
Anthony T. Pierce
apierce@akingump.com
**Akin Gump Strauss Hauer and Feld LLP**
1333 New Hampshire Avenue NW Suite 1500
Washington, DC 20036
Tel: 202-887-4000
Fax: 202-887-4288

Hyongsoon Kim
kimh@akingump.com
**Akin Gump Strauss Hauer and Feld LLP**
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: 949-885-1000
Fax: 949-885-1001

**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER NO. 4; MDL Case No. 8:16-ml-02693-JLS-KES**

5

Patrick Eoghan Murray
pmurray@akingump.com
**Akin Gump Strauss Hauer and Feld LLP**
2029 Century Park East Suite 2400
Los Angeles, CA 90024 United St
Tel: 310-229-1000
Fax: 310-229-1001

*Attorneys for Defendants Vizio Holdings, Inc., Vizio, Inc., Vizio Inscape Technologies, LLC, Cognitive Media Networks, Inc.*

## ATTESTATION OF E-FILED SIGNATURE

I, Joseph W. Cotchett, am the ECF user whose ID and password are being used to file the foregoing Stipulation and [Proposed] Case Management Order No. 4. In compliance with Local Rule 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's contents and authorized the filing.

Dated: August 11, 2016         /s/ *Joseph W. Cotchett*
                               **JOSEPH W. COTCHETT**

**PROPOSED ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: _____

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE