UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SAML 16-02693-JLS (KESx) | Date | August 22, 2016 |
| Title | In re: Vizio, Inc. Consumer Privacy Litigation | | |

Present: The Honorable   Karen E. Scott, United States Magistrate Judge

| Jazmin Dorado | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) re Local Discovery Rules

    The Court has approved the parties' stipulated protective order.   (Dkt. 109.)   As noted in the protective order, a party that seeks to file Protected Material under seal must comply with Local Rule 79-5.   The Court invites the parties' attention to Local Rule 79-5.2.2(b) which sets forth the procedures for applying to file under seal documents designated by another as confidential.

    With the agreement of the parties, the Court will conduct informal telephonic conferences to resolve discovery disputes outside the formal Local Rule 37 procedures, including disputes over confidentiality designations.   Before any such telephonic conference, the parties must engage in the pre-filing conference of counsel required by Local Rule 37-1.   During such conference, the parties should consider whether the issue can be presented through an informal telephone conference rather than through the filing of a formal motion.   Should the parties agree to an informal telephonic conference, the prospective moving party should contact the Court's Courtroom Deputy by telephone at 714-338-3960 to schedule a conference.   The prospective moving party should be prepared to provide the Court's Courtroom Deputy with at least 3 proposed dates and times for a telephonic conference.   The Court prefers to conduct its telephonic conferences at 9:30 am.

    At least 24 hours before the telephonic conference, unless a different deadline is set by the Court, the parties shall submit letters of no more than 2 pages in length providing a synopsis of the discovery dispute and what meet and confer efforts have been undertaken.   Absent court order, such letters should not be filed; rather, letters should be e-mailed to *KES_Chambers@cacd.uscourts.gov* and copied to all counsel.   No paper courtesy copy is required.

    After the telephonic conference, the Court may issue an order ruling on the issues presented.   The Court may also order further briefing if the Court determines that the issues cannot be resolved without further briefing.   If the Court orders further briefing, the Court may or may not order the parties to follow the provisions of Local Rule 37-2 et seq.

Initials of Clerk     JD