**AKIN GUMP STRAUSS HAUER & FELD LLP**
ANTHONY T. PIERCE (*admitted pro hac vice*)
apierce@akingump.com
1333 New Hampshire Avenue NW Suite 1500
Washington, DC 20036
Tel: 202-887-4000
Fax: 202-887-4288

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: 949-885-4100
Fax: 949-885-4101

PATRICK E. MURRAY (SBN 293765)
pmurray@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: 310-229-1000
Fax: 310-229-1001

*Attorneys for Defendants VIZIO Holdings, Inc., VIZIO, Inc., VIZIO Inscape Services, LLC, and VIZIO Inscape Technologies, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc., Consumer Privacy Litigation<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**JOINT STIPULATION TO EXCEED PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Judge:    Hon. Josephine L. Staton |

Defendants VIZIO, Inc.; VIZIO Holdings, Inc.; VIZIO Inscape Technologies, LLC; and VIZIO Inscape Services, LLC ("Defendants") and Plaintiffs Dieisha Hodges, Rory Zufolo, William DeLaurentis, John Walsh, Chris Rizzitello, and Linda Thomson ("Plaintiffs") by and through their undersigned counsel, stipulate and hereby request leave to file briefs in excess of the page limitations provided for in Local Rule 11-6, both in support of and in opposition to Defendants' impending Motion to Dismiss Plaintiffs' Consolidated Complaint (presently scheduled to be filed on or before September 19, 2016).

In support of this stipulation, Plaintiffs and Defendants stipulate as follows:

WHEREAS, Plaintiffs filed their Consolidated Complaint on August 15, 2016. ECF No. 108;

WHEREAS, this Court has ordered that Defendants may file a motion to dismiss no later than forty-five days after the filing of the consolidated complaint. *See* ECF No. 85 at 6 ("Defendants must answer, move to dismiss, or otherwise respond to the consolidated complaint no later than forty-five (45) days after the filing of the consolidated complaint");

WHEREAS, the parties subsequently filed a Joint Status Report (ECF No. 106) in which the parties agreed that Defendants would file their motion to dismiss no later than September 19, 2016;

WHEREAS, Defendants intend to move to dismiss all claims contained in Plaintiffs' Consolidated Complaint;

WHEREAS, by Defendants' count, Plaintiffs Consolidated Complaint identifies nineteen claims for relief;

WHEREAS, Plaintiffs' Fifteenth, Sixteenth, Eighteenth, and Nineteenth Claims for Relief are common law claims, each of which are brought under the laws of five separate states: California, Florida, Massachusetts, New York, and Washington;

WHEREAS, after taking into account causes of action asserted under the laws of multiple states, Plaintiffs' Consolidated Complaint, by Defendants' count, asserts a total of approximately thirty-five separate causes of action;

WHEREAS, Plaintiffs' Consolidated Complaint raises certain issues, in particular certain issues relating to Plaintiffs' claims under the Video Privacy Protection Act and the Electronic Communications Privacy Act, that Defendants view as novel;

WHEREAS, C.D. Cal. R. 11-6 states that "No memorandum of points and authorities . . . shall exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge."

WHEREAS, Defendants assert that the page limit contained in C.D. Cal. L. R. 11-6 will not allow Defendants to adequately address each of the claims and theories of liability in the Consolidated Complaint that Defendants seek to dismiss;

WHEREAS, Plaintiffs have agreed that Defendants may file a memorandum of points and authorities of no more than 40 pages in support of their motion to dismiss (a little more than one page per claim);

WHEREAS, in return, Defendants have agreed to allow Plaintiffs to file their memorandum of points of authorities of no more than 40 pages in opposition to Defendants' motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, based on the foregoing and subject to the Court's approval, that the parties have may exceed the page limits set forth in L.R. 11-6 as follows:

1. Defendants may file a memorandum of points of authorities of no more than 40 pages in support of their motion to dismiss.

2. Plaintiffs may file a memorandum of points of authorities of no more than 40 pages in opposition to Defendants' motion to dismiss.

A proposed order is lodged herewith.

Respectfully submitted,

Dated: September 1, 2016

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/ *Hyongsoon Kim*
Anthony T. Pierce
apierce@akingump.com
1333 New Hampshire Avenue NW Suite 1500
Washington, DC 20036
Tel: 202-887-4000
Fax: 202-887-4288

Hyongsoon Kim
kimh@akingump.com
Akin Gump Strauss Hauer and Feld LLP
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: 949-885-1000
Fax: 949-885-1001

Patrick Eoghan Murray
pmurray@akingump.com
Akin Gump Strauss Hauer and Feld LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: 310-229-1000
Fax: 310-229-1001

*Attorneys for Defendants VIZIO Holdings, Inc., VIZIO, Inc., VIZIO Inscape Services, LLC, and VIZIO Inscape Technologies, LLC*

**GIRARD GIBBS LLP**

/s/ *Andre Mura*
Eric H. Gibbs
ehg@classlawgroup.com
Andre Mura
amm@classlawgroup.com
Linda Lam

lpl@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 9461
Tel: (510) 350-9700
Fax: (510) 350-9701

**COTCHETT, PITRE & MCCARTHY, LLP**

<u>/s/ *Adam Zapala*</u>
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Co-lead Counsel for Plaintiffs*

**ATTESTATION OF E-FILED SIGNATURE**

I, Hyongsoon Kim, am the ECF User whose ID and password are being used to file the foregoing Joint Stipulation to Exceed Page Limits for Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint. In compliance with L.R. 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated:  September 1, 2016                              By:  */s/ Hyongsoon Kim*