1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc., Consumer Privacy Litigation<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXCEED PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Judge:     Hon. Josephine L. Staton |

1   This matter comes before the Court on the parties' Joint Stipulation to Exceed Page Limits for Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint. Upon consideration of the parties' stipulation and for good cause shown, the Court hereby GRANTS the stipulated relief.

IT IS HEREBY ORDERED that:

1. Defendants' Memorandum of Points and Authorities In Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint shall not exceed 40 pages, exclusive of indices and exhibits.

2. Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint shall not exceed 40 pages, exclusive of indices and exhibits.

IT IS SO ORDERED.

Dated: _____   _____
HON. JOSEPHINE L. STATON
United States District Judge