___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Cases**  Date:  September 23, 2016
8:16-ml-02693-JLS-KES     In Re: Vizio, Inc., Consumer Privacy Litigation (MDL)
8:16-cv-01700-JLS-KES     William DeLaurentis v. Vizio, Inc., et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Dwayne Roberts | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (In Chambers) **ORDER RE CENTRAL DISTRICT CASE TO BE ADDED TO THE MDL DOCKET**

On April 7, 2016, pursuant to 28 U.S.C. § 1407, the United States Judicial Panel on Multidistrict Litigation ("JPML") transferred a number of cases to this district as part of the multidistrict litigation ("MDL") referred to as In Re: Vizio, Inc., Consumer Privacy Litigation, MDL No. 2693.

Pursuant to instructions from the Court, and the JMPL's Transfer Order, the Clerk created the above-referenced MDL docket.

The additional civil case referenced above has been identified as potential tag-along case pending in the Central District.  Pursuant to JMPL Rule 7.2(a), no Panel action is required regarding potential tag-along cases pending in the transferee court, and the parties should advise the court of the pendency of any action that is related to an MDL action in the transferee district.  JMPL Rule 7.2; Cent. Dist. L.R. 83-1.4.  In the above-referenced civil case, a Notice of Related Cases was filed.

Upon comparison of the claims asserted in the MDL member cases with those asserted in the above-referenced case, the Court determines that it should be designated as an MDL member case on the master docket and should be subject to the consolidated proceedings. The Court therefore directs the Clerk to add the above-referenced case to the MDL docket as a member case.

___

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Cases**  Date: September 23, 2016
8:16-ml-02693-JLS-KES    In Re: Vizio, Inc., Consumer Privacy Litigation (MDL)
8:16-cv-01700-JLS-KES    William DeLaurentis v. Vizio, Inc., et al.

     Accordingly, the Court vacates all pending deadlines, including the deadline to respond to the complaint. Counsel in the above-referenced case are directed to consult the MDL docket.

     **IT IS SO ORDERED.**

     Initials of Preparer  dr