# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| **In re: Vizio, Inc., Consumer Privacy Litigation** | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**SCHEDULING ORDER AND ORDER APPROVING STIPULATION**<br><br>**ORDER NO. 4** |

The Court has received and reviewed the parties' Joint Rule 26(f) Report (Doc. 106) and their Stipulation regarding the reservation of claims not asserted under state law (Doc. 106-1). Pursuant to Federal Rule of Civil Procedure 16(b), the Court issues the following Scheduling Order, and as set forth below, the Court APPROVES the parties' Stipulation.

## I. SCHEDULING ORDER

The Court ADOPTS the parties' proposed schedule, set forth below. When a date or deadline identified below relative to another date becomes a date certain, the parties shall file a joint notice so advising the Court. For example, within seven days of the filing of an Answer, the parties shall file a joint notice identifying specific dates for the filing of a Motion for Class Certification and all other dates that are identified in this Order relative to the filing of an Answer.

The Court declines to bifurcate discovery. However, the parties are encouraged to prioritize discovery in a manner they find to be efficient and mutually agreeable.

The expert deadlines set forth below are for experts who will offer opinions regarding the merits of this case. For experts who will offer opinions related to issues of class certification, the expert reports shall be disclosed no later than the filing of the motion (Plaintiff) and the opposition brief (Defendants).

The dates below will not be continued absent a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4).

**Deadline for Filing Motions to Add Parties or Amended Pleadings**

December 14, 2016

**Motion to Dismiss**

| | |
|---|---|
| Defendants' Motion to Dismiss filed: | September 19, 2016 |
| Opposition: | November 3, 2016 |
| Reply: | November 23, 2016 |

| | | |
|---|---|---|
| 1 | Hearing: | December 16, 2016 at 2:30 p.m. |

**Motion for Class Certification**

| | |
|---|---|
| Motion to Class Certification: | 210 days from Answer |
| Opposition to Motion for Class Certification: | 75 days from Motion |
| Reply in Support of Motion for Class Certification: | 60 days from Opposition |
| Hearing: | 28 days from Reply |

**Merits Experts**

Disclosure of Merits Experts and Reports

        60 days from Order re Class Certification Motion

Disclosure of Rebuttal Merits Expert and Rebuttal Expert Reports

        105 days from Order re Class Certification Motion

Expert Discovery Cut-Off

        120 days from Order re Class Certification Motion

**Fact Discovery**

Fact Discovery Cut-off

        120 days from Order re Class Certification Motion

**Other Motions**

Last day to file motions other than *Daubert* and motions *in limine*:

**Settlement Discussions/Mediation**

Last day to Conduct Settlement Discussions

        150 days from Order re Class Certification Motion

**Case Management Conferences**

    As suggested by the parties, a case management conference shall be held at the same time and date as the hearing on the pending Motion to Dismiss, December 16, 2016 at 2:30 p.m. The Court agrees that quarterly case management conferences should be scheduled; however, the Court sees no need for such a conference on January 12, 2017. The parties are directed to confer and propose

conference dates and times for a case management conference in March 2017, and quarterly thereafter.

## II. ORDER APPROVING STIPULATION

The Court APPROVES the parties' Stipulation to toll state-law claims other than those arising under the laws of California, Florida, Massachusetts, New York or Washington. (Doc. 106-1.) Accordingly, the Court ORDERS:

Until otherwise ordered by the Court, the Consolidated Complaint and all future pleadings shall assert on behalf of Plaintiffs and the proposed class(es) against the Defendants only those claims that arise under federal, California, Florida, Massachusetts, New York and Washington law. To the extent any named Plaintiff or other member of a proposed class in this multidistrict litigation may have a claim against the Defendants that relates to the subject matter of this litigation (as set forth in the present complaints filed by the various Plaintiffs included in this MDL or any future tag-along action(s)), which pleads a claim or claims arising under the law of a state or territory other than California, Florida, Massachusetts, New York or Washington, those claims will be tolled until the earlier of: (1) a final dismissal of all of Plaintiffs' claims in the consolidated complaint with prejudice, including after the resolution of any appeals affirming such a dismissal with prejudice; (2) a period of one year from the date of this stipulation; or (3) until an order of this Court directs otherwise.

IT IS SO ORDERED.

Dated: October 14, 2016

 _____
 Hon. Josephine L. Staton
 United States District Judge