UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SAML 16-02693-JLS (KESx) | Date | December 16, 2016 |
|---|---|---|---|
| Title | Vizio, Inc., Consumer Privacy Litigation | | |

| Present: The Honorable | JOSEPHINE L. STATON, United States District Judge | |
|---|---|---|
| Terry Guerrero | Adele Frazier | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Gibbs<br>Andre Mura<br>Adam Zapala<br>Darren Aitken<br>Gwendolyn Giblin | Anthony Pierce<br>Hyonsoon Kim |

**Proceedings:** **Hearing Re Defendants' Motion to Dismiss [116]; Case Management Conference**

Hearing held. Oral arguments heard. Motion taken under submission. Case Management Conference ordered off calendar.

|  | 01 | : | 30 |
|---|---|---|---|
| Initials of Preparer | tg | | |