Eric H. Gibbs (Bar No. 178658)
Andre Mura (Bar No. 298541)
Linda Lam (Bar No. 301461)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel:  (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
lpl@classlawgroup.com

Joseph W. Cotchett (Bar No. 36324)
Adam J. Zapala (Bar No. 245748)
Gwendolyn R. Giblin (Bar No. 181973)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:  (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ggiblin@cpmlegal.com

*Co-lead Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693-JLS (KESx)<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[Central Dist. L.R. 83-1.4.2]<br><br>JUDGE:   Hon. Josephine L. Staton |

**To the Court, All Parties, and Their Attorneys of Record:**

Pursuant to Central District Local Rule 83-1.4.2, the parties are obligated to give notice to the Court of the pendency of other actions or proceedings. Plaintiffs hereby give notice of the Complaint and Stipulated Order for Permanent Injunction and Monetary Judgment filed jointly on February 6, 2017, in *Federal Trade Commission et al. v. VIZIO, Inc. et al.*, No. 2:17-cv-00758 (D. N.J.).

Plaintiffs in this other action are: the Federal Trade Commission ("FTC"); Christopher S. Porrino, Attorney General of the State of New Jersey ("NJ AG"); and Steve C. Lee, Director of the New Jersey Division of Consumer Affairs ("NJ Consumer Affairs"). Plaintiffs are represented by:

- *For the FTC*: Kevin Moriarty and Megan E. Cox, Federal Trade Commission, 600 Pennsylvania Avenue N.W., Washington DC 20580; Tel: (202) 326-2949
- *For the NJ AG and NJ Consumer Affairs*: Kent D. Anderson, Elliott M. Siebers, Russell M. Smith, Jr., Deputy Attorneys General, State of New Jersey, Dept. of Law & Public Safety Division of Law, 124 Halsey Street, 5th Floor, Newark, New Jersey 07101; Tel: (973) 648-2689

Defendants in this other action are: VIZIO, Inc., a Delaware corporation, and VIZIO INSCAPE SERVICES, LLC, a Delaware limited liability company. Both Defendants are represented by:

- Kevin M. McDonough of Latham & Watkins LLP, 885 Third Ave., New York, NY 10022; Tel: (212) 906-1246
- Jennifer C. Archie of Latham & Watkins LLP, 555 11th St. NW, Suite 1000, Washington DC 20004; Tel: (202) 637-2205

In this other action, "[t]he Complaint charges that Defendants participated in deceptive and unfair acts or practices in violation of Section 5 of the FTC Act, 15 U.S.C. § 45, and unconscionable commercial practices, misrepresentations, false

promises, and omissions of material fact in violation of the CFA, N.J. Stat. Ann. § 56:8-2, in connection with Defendants' unfair collection and sharing of consumers' Viewing Data and deception concerning Defendants' 'Smart Interactivity' feature." Dkt. 1-3 at 2, Stipulated Order for Permanent Injunction and Monetary Judgment, *FTC v. Vizio, Inc.*, No. 2:17-cv-00758 (D. N.J.).

By comparison, in this multi-district litigation, VIZIO, Inc. and VIZIO INSCAPE SERVICES, LLC are also named Defendants. And here, these Defendants are accused of collecting and sharing Plaintiffs' and putative class members' viewing data without their consent and in violation of the federal Video Privacy Protection Act; the federal Wiretap Act; the California Invasion of Privacy Act; state consumer protection laws of California, Florida, Massachusetts, New York, and Washington; the common law misrepresentation under California, Florida, Massachusetts, New York, and Washington; common law and statutory privacy law of California, Florida, Massachusetts, New York, and Washington; and California, Florida, Massachusetts, New York, and Washington unjust enrichment law. *See generally* Dkt. 108, Consolidated Complaint, *In re VIZIO, Inc., Consumer Privacy Litig.*, No. 8:16-ml-02693-JLS (KESx) (C.D. Cal) (filed Aug. 15, 2016).

Dated:  February 8, 2017            **GIRARD GIBBS LLP**

*/s/ Eric H. Gibbs*
Eric H. Gibbs
ehg@classlawgroup.com
Andre Mura
amm@classlawgroup.com
Linda Lam
lpl@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 94612
Tel:  (510) 350-9700
Fax: (510) 350-9701

| | |
|---|---|
| 1 | **COTCHETT, PITRE & MCCARTHY, LLP** |
| 2 | |
| 3 | */s/ Joseph W. Cotchett* |
| 4 | Joseph W. Cotchett |
| | jcotchett@cpmlegal.com |
| 5 | Adam J. Zapala |
| 6 | azapala@cpmlegal.com |
| | Gwendolyn R. Giblin |
| 7 | ggiblin@cpmlegal.com |
| 8 | 840 Malcolm Road, Suite 200 |
| | Burlingame, CA 94010 |
| 9 | Tel: (650) 697-6000 |
| 10 | Fax: (650) 697-0577 |
| 11 | *Co-lead Counsel for Plaintiffs* |

- 3 -
PLAINTIFFS' NOTICE PENDENCY OTHER ACTIONS OR PROCEEDINGS