Eric H. Gibbs (Bar No. 178658)
Andre Mura (Bar No. 298541)
Linda Lam (Bar No. 301461)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel:  (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
lpl@classlawgroup.com

Joseph W. Cotchett (Bar No. 36324)
Adam J. Zapala (Bar No. 245748)
Gwendolyn R. Giblin (Bar No. 181973)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:  (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ggiblin@cpmlegal.com

*Co-lead Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693-JLS (KESx)<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[Central Dist. L.R. 83-1.4.2]<br><br>JUDGE:   Hon. Josephine L. Staton |

**To the Court, All Parties, and Their Attorneys of Record:**

Pursuant to Central District Local Rule 83-1.4.2, the parties are obligated to give notice to the Court of the pendency of other actions or proceedings. Plaintiffs hereby give notice of the Complaint and Stipulated Order for Permanent Injunction and Monetary Judgment filed jointly on February 6, 2017, in *Federal Trade Commission et al. v. VIZIO, Inc. et al.*, No. 2:17-cv-00758 (D. N.J.).

Plaintiffs in this other action are: the Federal Trade Commission ("FTC"); Christopher S. Porrino, Attorney General of the State of New Jersey ("NJ AG"); and Steve C. Lee, Director of the New Jersey Division of Consumer Affairs ("NJ Consumer Affairs"). Plaintiffs are represented by:

- *For the FTC*: Kevin Moriarty and Megan E. Cox, Federal Trade Commission, 600 Pennsylvania Avenue N.W., Washington DC 20580; Tel: (202) 326-2949
- *For the NJ AG and NJ Consumer Affairs*: Kent D. Anderson, Elliott M. Siebers, Russell M. Smith, Jr., Deputy Attorneys General, State of New Jersey, Dept. of Law & Public Safety Division of Law, 124 Halsey Street, 5th Floor, Newark, New Jersey 07101; Tel: (973) 648-2689

Defendants in this other action are: VIZIO, Inc., a Delaware corporation, and VIZIO INSCAPE SERVICES, LLC, a Delaware limited liability company. Both Defendants are represented by:

- Kevin M. McDonough of Latham & Watkins LLP, 885 Third Ave., New York, NY 10022; Tel: (212) 906-1246
- Jennifer C. Archie of Latham & Watkins LLP, 555 11th St. NW, Suite 1000, Washington DC 20004; Tel: (202) 637-2205

In this other action, "[t]he Complaint charges that Defendants participated in deceptive and unfair acts or practices in violation of Section 5 of the FTC Act, 15 U.S.C. § 45, and unconscionable commercial practices, misrepresentations, false

- 1 -

PLAINTIFFS' NOTICE PENDENCY OTHER ACTIONS OR PROCEEDINGS

1  promises, and omissions of material fact in violation of the CFA, N.J. Stat. Ann. §

2  56:8-2, in connection with Defendants' unfair collection and sharing of consumers'

3  Viewing Data and deception concerning Defendants' 'Smart Interactivity' feature."

4  Dkt. 1-3 at 2, Stipulated Order for Permanent Injunction and Monetary Judgment,

5  *FTC v. Vizio, Inc.*, No. 2:17-cv-00758 (D. N.J.).

6      By comparison, in this multi-district litigation, VIZIO, Inc. and VIZIO

7  INSCAPE SERVICES, LLC are also named Defendants. And here, these

8  Defendants are accused of collecting and sharing Plaintiffs' and putative class

9  members' viewing data without their consent and in violation of the federal Video

10  Privacy Protection Act; the federal Wiretap Act; the California Invasion of Privacy

11  Act; state consumer protection laws of California, Florida, Massachusetts, New

12  York, and Washington; the common law misrepresentation under California,

13  Florida, Massachusetts, New York, and Washington; common law and statutory

14  privacy law of California, Florida, Massachusetts, New York, and Washington; and

15  California, Florida, Massachusetts, New York, and Washington unjust enrichment

16  law. *See generally* Dkt. 108, Consolidated Complaint, *In re VIZIO, Inc., Consumer*

17  *Privacy Litig.*, No. 8:16-ml-02693-JLS (KESx) (C.D. Cal) (filed Aug. 15, 2016).

18

19  Dated:  February 8, 2017            **GIRARD GIBBS LLP**

20
                                       */s/ Eric H. Gibbs*
21                                      Eric H. Gibbs

22                                      ehg@classlawgroup.com
                                       Andre Mura
23                                      amm@classlawgroup.com
                                       Linda Lam
24                                      lpl@classlawgroup.com
                                       505 14th Street, Suite 1110
25                                      Oakland, CA 94612
                                       Tel:  (510) 350-9700
26                                      Fax: (510) 350-9701

27

28

PLAINTIFFS' NOTICE PENDENCY OTHER ACTIONS OR PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COTCHETT, PITRE & MCCARTHY, LLP**

*/s/ Joseph W. Cotchett*
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
Gwendolyn R. Giblin
ggiblin@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:  (650) 697-6000
Fax: (650) 697-0577

*Co-lead Counsel for Plaintiffs*

- 3 -

PLAINTIFFS' NOTICE PENDENCY OTHER ACTIONS OR PROCEEDINGS