1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| **In re: Vizio, Inc., Consumer Privacy Litigation**<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**CASE MANAGEMENT ORDER NO. 5**<br><br>Judge: Hon. Josephine L. Staton |

This matter comes before the Court on the parties' Stipulation for Case Management Order No. 5. Upon consideration of the parties' Stipulation for Case Management Order No. 5 and for good cause shown, the Court hereby GRANTS the stipulated relief.

**IT IS SO ORDERED** that:

(1) Pursuant to Section III of the Settlement Agreement, Vizio shall preserve for purposes of this action Viewing Data (as defined in the Settlement Agreement) that has been collected prior to March 1, 2016, until further Order of this Court.

(2) This stipulation does not alter in any way Vizio's obligation to preserve other data, documents or information relevant to this action.

Dated: March 07, 2017

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1