1 | Eric H. Gibbs (Bar No. 178658)
  | ehg@classlawgroup.com
2 | Andre Mura (Bar No. 298541)
  | amm@classlawgroup.com
3 | Linda Lam (Bar No. 301461)
  | lpl@classlawgroup.com
4 | **GIRARD GIBBS LLP**
  | 505 14th Street, Suite 1110
5 | Oakland, CA 94612
  | Telephone: (510) 350-9700
6 | Facsimile: (510) 350-9701

7 | Joseph W. Cotchett (36324)
  | jcotchett@cpmlegal.com
8 | Adam J. Zapala (245748)
  | azapala@cpmlegal.com
9 | Gwendolyn Giblin (181973)
  | ggiblin@cpmlegal.com
10 | Stephanie D. Biehl
  | sbiehl@cpmlegal.com
11 | **COTCHETT, PITRE & McCARTHY, LLP**
  | 840 Malcolm Road, Suite 200
12 | Burlingame, CA 94010
  | Telephone: 650-697-6000
13 | Facsimile: 650-697-0577

*[Additional Counsel Listed On Signature Page]*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| **In re: Vizio, Inc., Consumer Privacy Litigation**<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**JOINT REQUEST AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE PURSUANT TO ORDER NO. 4 (Dkt. 120)** |

**JOINT REQUEST AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE PURSUANT TO ORDER NO. 4 (Dkt. 120)**

1  Pursuant to this Court's Order Number 4 (Dkt. 120, at 3-4), Plaintiffs
2  Dieisha Hodges, Rory Zufolo, John Walsh, Chris Rizzitello, Linda Thomson, and
3  Mark Queenan and Defendants VIZIO, Inc., VIZIO Holdings, Inc., VIZIO Inscape
4  Technologies, LLC, and VIZIO Inscape Services, LLC, by and through their
5  undersigned counsel, respectfully request that the Court schedule a Case
6  Management Conference for 1:30 p.m. on April 18, 2017, in Courtroom 10A, 10th
7  Floor of the Ronald Reagan Federal Building and United States Courthouse, 411
8  W. Fourth St., Santa Ana, CA, 92701; or at another time or location convenient to
9  the Court.
10  The parties shall submit a Joint Case Management Statement no later than
11  seven (7) days before the scheduled Conference.
12
13  Dated: March 31, 2017        Respectfully submitted,
14                               */s/ Eric. H. Gibbs*
                                 Eric H. Gibbs
15                               ehg@classlawgroup.com
                                 Andre Mura
16                               amm@classlawgroup.com
                                 Linda Lam
17                               lpl@classlawgroup.com
                                 **GIRARD GIBBS LLP**
18                               505 14th Street, Suite 1110
                                 Oakland, CA 94612
19                               Telephone: (510) 350-9700
                                 Facsimile: (510) 350-9701
20
21                               */s/ Adam J. Zapala*
                                 Joseph W. Cotchett
22                               jcotchett@cpmlegal.com
23                               Adam J. Zapala
                                 azapala@cpmlegal.com
24                               Elizabeth Tran
25                               etran@cpmlegal.com
                                 Joyce Chang
26                               jchang@cpmlegal.com
27
28  **JOINT REQUEST AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE PURSUANT TO ORDER NO. 4 (Dkt. 120)**

|   |   |
|---|---|
| 1 | **COTCHETT, PITRE & McCARTHY, LLP** |
| 2 | 840 Malcolm Road, Suite 200 |
|   | Burlingame, CA 94010 |
| 3 | Telephone: 650-697-6000 |
| 4 | Facsimile: 650-697-0577 |
| 5 | *Interim Co-Lead Counsel* |
| 6 | Gary F. Lynch |
|   | glynch@carlsonlynch.com |
| 7 | **CARLSON LYNCH SWEET & KILPELA, LLP** |
| 8 | 1133 Penn Avenue, 5th Floor |
|   | Pittsburgh, Pennsylvania 15222 |
| 9 | Telephone: 412-322-9243 |
|   | Facsimile: 412-231-0246 |
| 10 |   |
| 11 | Andrew N. Friedman |
|   | afriedman@cohenmilstein.com |
| 12 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 13 | 1100 New York Avenue, N.W. |
| 14 | West Tower, Suite 500 |
| 15 | Washington, DC 20005 |
|   | Telephone: 202-408-4600 |
| 16 | Facsimile: 202-408-4699 |
| 17 | Brian C. Gudmundson |
| 18 | brian.gudmundson@zimmreed.com |
|   | **ZIMMERMAN REED, LLP** |
| 19 | 1100 IDS Center 80 South 8th St. |
| 20 | Minneapolis, MN 55402 |
|   | Telephone: (612) 341-0400 |
| 21 |   |
| 22 | Ashleigh E. Aitken |
|   | ashleigh@aitkenlaw.com |
| 23 | **AITKEN COHN** |
| 24 | 3 MacArthur Pl #800 |
|   | Santa Ana, CA 92707 |
| 25 | Phone: (714) 434-1424 |
| 26 | Fax: (714) 434-3600 |
| 27 | *Plaintiffs' Interim Steering Committee* |
| 28 | **JOINT REQUEST AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE PURSUANT TO ORDER NO. 4 (Dkt. 120)** |

/s/ Anthony T. Pierce
Anthony T. Pierce
apierce@akingump.com
**Akin Gump Strauss Hauer and Feld LLP**
1333 New Hampshire Avenue NW Suite 1500
Washington, DC 20036
Tel: 202-887-4000
Fax: 202-887-4288

Hyongsoon Kim
kimh@akingump.com
**Akin Gump Strauss Hauer and Feld LLP**
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: 949-885-1000
Fax: 949-885-1001

Patrick Eoghan Murray
pmurray@akingump.com
**Akin Gump Strauss Hauer and Feld LLP**
2029 Century Park East Suite 2400
Los Angeles, CA 90024 United St
Tel: 310-229-1000
Fax: 310-229-1001

*Attorneys for Defendants Vizio Holdings, Inc., Vizio, Inc., Vizio Inscape Technologies, LLC, Cognitive Media Networks, Inc.*

## ATTESTATION OF E-FILED SIGNATURE

I, Eric H. Gibbs, am the ECF user whose ID and password are being used to file the foregoing Joint Request and [Proposed] Order To Set Case Management Conference Pursuant to Order No. 4. In compliance with Local Rule 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's contents and authorized the filing.

Dated: March 31, 2017           /s/ *Eric H. Gibbs*
                                **Eric H. Gibbs**

**JOINT REQUEST AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE PURSUANT TO ORDER NO. 4 (Dkt. 120)**