1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| **In re: Vizio, Inc., Consumer Privacy Litigation** | MDL Case No. 8:16-ml-02693-JLS-KES |
|---|---|
| This document relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE PURSUANT TO ORDER NO. 4 (Dkt. 120)** |

**[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE PURSUANT TO ORDER NO. 4 (Dkt. 120)**

This matter comes before the Court on the parties' Request to Set A Case Management Conference Pursuant to Order Number 4. Upon consideration, the Court hereby GRANTS the parties' request.

**IT IS SO ORDERED** that:

(1) A Case Management Conference is scheduled for 1:30 p.m. on April 18, 2017, in Courtroom 10A, 10th Floor of the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701.

(2) The parties shall file a Joint Case Management Statement no later than seven (7) days before the scheduled Conference.

Dated: March 31, 2017    _____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE PURSUANT TO ORDER NO. 4 (Dkt. 120); MDL Case No. 8:16-ml-02693-JLS-KES**

2