**AKIN GUMP STRAUSS HAUER & FELD LLP**
ANTHONY T. PIERCE (*admitted pro hac vice*)
apierce@akingump.com
1333 New Hampshire Avenue NW, Suite 1500
Washington, DC 20036
Tel: 202-887-4000
Fax: 202-887-4288

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: 949-885-4100
Fax: 949-885-4101

ALI R. RABBANI (SBN 253730)
arabbani@akingump.com
PATRICK EOGHAN MURRAY (SBN 293765)
pmurray@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: 310-229-1000
Fax: 310-229-1001

*Attorneys for Defendants VIZIO Holdings, Inc., VIZIO, Inc., VIZIO Inscape Services, LLC, and VIZIO Inscape Technologies, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc., Consumer Privacy Litigation<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND CONSOLIDATED COMPLAINT AND MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date: May 26, 2017<br>Time: 2:30 p.m.<br>Place: Courtroom 10A<br><br>Judge: Hon. Josephine L. Staton |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 26, 2017 at 2:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 10A of the Ronald Reagan Federal Building and United States Courthouse for the Central District of California, located at 411 W. Fourth St., Santa Ana, CA 92701, Defendants VIZIO, Inc., VIZIO Holdings, Inc., VIZIO Inscape Technologies, LLC, and VIZIO Inscape Services, LLC (collectively, "VIZIO") shall and hereby do move for an order dismissing the following claims from Plaintiffs' Second Consolidated Complaint filed on March 23, 2017 (ECF No. 136, hereinafter the "SCC"): Plaintiffs' claims for injunctive relief, Plaintiffs' Wiretap Act and CIPA claims, and Plaintiffs' claims based on data collected from sources other than VIZIO Smart TVs.  VIZIO also hereby moves for an order striking Plaintiffs' class allegations, or alternatively, an Order to Show Cause as to why such allegations should not be struck.  This Motion is made on the following grounds:

The Court lacks jurisdiction to issue Plaintiffs' injunctive relief under Rule 12(b)(1) of the Federal Rules of Civil Procedure because that relief has been rendered moot by VIZIO's agreement with the Federal Trade Commission to be bound by a Consent Decree requiring VIZIO to, among other things, prominently disclose the details of its viewing data collection and disclosure practices and to obtain affirmative express consent from consumers prior to collecting any viewing data.

Plaintiffs fail to state a claim upon which relief can be granted with respect to their Wiretap Act and California Invasion of Privacy Act claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure because Plaintiffs' allegations establish as a matter of law that VIZIO does not capture the "contents" of Plaintiffs' communications;

Plaintiffs have failed to plead causes of action with the specificity required under Rules 8 and 9(b) of the Federal Rules of Civil Procedure because they have included new, vague allegations that fail to give VIZIO notice of the facts Plaintiffs are alleging and how those facts support Plaintiffs' claims;

1  Plaintiffs' class allegations must be struck under Rule 12(f) of the Federal Rules of
2  Civil Procedure because they fail to exclude putative class members who purchased a
3  class of products that are subject to an enforceable and binding arbitration provision and
4  are not definite enough to meet the requirements of either Rule 23(b)(2) or 23(b)(3) of the
5  Federal Rules of Civil Procedure.  In the alternative, Plaintiffs request that the Court issue
6  an Order to Show Cause as to why such allegations should not be struck.

7  This Motion is based on this Notice of Motion and Motion to Dismiss Second
8  Consolidated Complaint and Motion to Strike Class Allegations; the supporting
9  Memorandum of Points and Authorities; the supporting Request for Judicial Notice; the
10 Declaration of Robert L. Brinkman; and on those matters of which the Court may take
11 judicial notice, on all papers and pleadings in the Court's file, and on such oral argument
12 as may be made at the hearing on this Motion.

13 This Motion is made following the conference of counsel pursuant to L.R. 7-3,
14 which took place on April 6, 2017.

15 Dated:  April 13, 2017         **AKIN GUMP STRAUSS HAUER & FELD LLP**

17 By:    /s/ *Hyongsoon Kim*
   Anthony T. Pierce (*admitted pro hac vice*)
18 apierce@akingump.com
   1333 New Hampshire Avenue NW
19 Suite 1500
   Washington, DC 20036
20 Tel:   202-887-4000
   Fax:   202-887-4288

22 Hyongsoon Kim (SBN 257019)
   kimh@akingump.com
23 4 Park Plaza, Suite 1900
   Irvine, CA  92614
   Tel:   949-885-4100
24 Fax:   949-885-4101

25 Ali R. Rabbani (SBN 253730)
   arabbani@akingump.com
26 Patrick Eoghan Murray (SBN 293765)
   pmurray@akingump.com
27 1999 Avenue of the Stars, Suite 600
   Los Angeles, CA  90067
28 Tel:   310-229-1000

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax:   310-229-1001

*Attorneys for Defendants VIZIO Holdings, Inc., VIZIO, Inc., VIZIO Inscape Services, LLC, and VIZIO Inscape Technologies, LLC*