Eric H. Gibbs (Bar No. 178658)
Andre Mura (Bar No. 298541)
Linda Lam (Bar No. 301461)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
lpl@classlawgroup.com

Joseph W. Cotchett (Bar No. 36324)
Adam J. Zapala (Bar No. 245748)
Gwendolyn R. Giblin (Bar No. 181973)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ggiblin@cpmlegal.com

*Interim Co-lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693-JLS (KESx)<br><br>**PLAINTIFFS' FURTHER CASE MANAGEMENT STATEMENT**<br><br>Hon. Josephine L. Staton<br><br>Case Management Conference:<br>Date: April 21, 2017<br>Time: 1:30 p.m.<br>Courtroom: 10A, 10th Floor |

PLAINTIFFS' FURTHER CASE MANAGEMENT STATEMENT
MDL CASE NO. 8:16-ML-02693-JLS-KES

1  Pursuant to this Court's April 4, 2017 Order Setting Case Management Conference
2  (Dkt. 142), the parties have submitted a Joint Case Management Statement. (Dkt. 147.)
3  Plaintiffs respectfully submit this Further Case Management Statement updating
4  the Court regarding discovery matters. The parties exchanged separately prepared draft
5  Joint Statements at approximately the same time on Friday, April 14, with this statement
6  in Plaintiffs' proposed draft, but the parties could not agree on the inclusion of this
7  language.
8  *Plaintiffs' statement*: Plaintiffs have received a very limited production of
9  documents responsive to their requests and have been unable to resolve key discovery
10 disputes, despite meeting and conferring for about four months. Among other matters,
11 these disputes include:
12 To date, Defendants have failed to produce documents relating to any federal or
13 state investigation, including by the Federal Trade Commission. No specific date has
14 been provided for such a production.
15 In addition, Defendants refuse to confirm when they began consideration of any
16 data monitoring and advertising program, including when discussions commenced with
17 Cognitive Media Networks, a provider of real-time Automated Content Recognition
18 (ACR) technology, which identifies programming displayed onscreen. Thus, the parties
19 cannot agree on an appropriate time period for the production of documents.
20 Finally, in addition to other disputes not fully described herein, the parties cannot
21 agree on the scope of discovery as it relates to data and information tracked by Vizio.
22 Plaintiffs' proposed definition of "tracked data" is coterminous with the FTC's and
23 Vizio's agreed-upon definition in Federal Trade Commission v. Vizio, Inc., No. 2:17-cv-
24 00758, which includes Internet Protocol (IP) and Media Access Control (MAC) addresses
25 allegedly collected without authorization. Vizio rejected this definition and proposed that
26 "tracked data" be limited to data "processed" by the ACR "system" that identifies
27 programming onscreen. Plaintiffs have rejected this proposal because their suit is not
28 limited to Vizio's misuse of ACR data identifying what Plaintiffs watch, but includes

Vizio's unauthorized collection and misuse of data capable of identifying where and who they are, for example, IP and MAC address information and other information. Despite Plaintiffs' repeated requests, Vizio refuses to provide any overview documents describing its data collection systems or processes, which means only Vizio fully understands both the data included and excluded under Vizio's definition.

Plaintiffs expect to present disputes to the Magistrate Judge within the next thirty days, consistent with the Local Rules.

Dated: April 14, 2017                    **GIRARD GIBBS LLP**

*/s/ Eric H. Gibbs*
Eric H. Gibbs
ehg@classlawgroup.com
Andre Mura
amm@classlawgroup.com
Linda Lam
lpl@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 9461
Tel:  (510) 350-9700
Fax: (510) 350-9701

**COTCHETT, PITRE & MCCARTHY, LLP**

*/s/ Joseph W. Cotchett*
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
Gwendolyn R. Giblin
ggiblin@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:  (650) 697-6000
Fax: (650) 697-0577

*Interim Co-lead Counsel for Plaintiffs*

Gary F. Lynch
glynch@carlsonlynch.com
**CARLSON LYNCH SWEET & KILPELA, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246

Andrew N. Friedman
afriedman@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699

Brian C. Gudmundson
brian.gudmundson@zimmreed.com
**ZIMMERMAN REED, LLP**
1100 IDS Center 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400

Ashleigh E. Aitken
ashleigh@aitkenlaw.com
**AITKEN COHN**
3 MacArthur Pl #800
Santa Ana, CA 92707
Phone: (714) 434-1424
Fax: (714) 434-3600

*Plaintiffs' Interim Steering Committee*

3

PLAINTIFFS' FURTHER CASE MANAGEMENT STATEMENT
MDL CASE NO. 8:16-ML-02693-JLS-KES

**ATTESTATION OF E-FILED SIGNATURE**

I, Eric H. Gibbs, am the ECF User whose ID and password are being used to file the foregoing Plaintiffs' Further Case Management Statement. In compliance with L.R. 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: April 14, 2017 By: _/s/ Eric H. Gibbs_