**AKIN GUMP STRAUSS HAUER & FELD LLP**
ANTHONY T. PIERCE (*admitted pro hac vice*)
apierce@akingump.com
1333 New Hampshire Avenue NW, Suite 1500
Washington, DC  20036
Tel:  202-887-4000
Fax:  202-887-4288

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA  92614
Tel:  949-885-4100
Fax:  949-885-4101

PATRICK EOGHAN MURRAY (SBN 293765)
pmurray@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Tel:  310-229-1000
Fax:  310-229-1001

*Attorneys for Defendants VIZIO Holdings, Inc., VIZIO, Inc., VIZIO Inscape Services, LLC, and VIZIO Inscape Technologies, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc., Consumer Privacy Litigation<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CERTIFY ORDER GRANTING MOTION TO DISMISS IN PART, DENYING IN PART, FOR INTERLOCUTORY REVIEW**<br><br>Judge:  Hon. Josephine L. Staton<br>Date:   July 14, 2017<br>Time:    2:30 p.m.<br>Courtroom: 10A |

On July 14, 2017 at 2:30 p.m., the Court heard the Motion of Defendants VIZIO Holdings, Inc., VIZIO, Inc., VIZIO Inscape Services, LLC, and VIZIO Inscape Technologies, LLC ("Defendants") to Certify Order Granting Motion to Dismiss in Part, Denying in Part, for Interlocutory Review. Having heard the arguments of the parties made at oral argument, and after having considered the moving papers and the record in this matter, it is hereby **ORDERED**:

Defendants' Motion to Certify Order Granting Motion to Dismiss in Part, Denying in Part, for Interlocutory Review is GRANTED in its entirety. The Court hereby amends its March 2, 2017 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (Doc. No. 130) ("Order") to certify the Order for interlocutory review by the United States Court of Appeals for the Ninth Circuit pursuant to Fed. Rule of App. P. 5(a)(3) and 28 U.S.C. § 1292(b).

IT IS SO ORDERED.

Dated: _____

                                                    Hon. Josephine L. Staton
                                                    United States District Judge