**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc., Consumer Privacy Litigation<br><br>This document relates to:<br>ALL ACTIONS | MDL CASE NO. 8:16-ml-02693-JLS-KES<br><br>Hon. Hon. Josephine L. Staton<br>Courtroom 10A<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF VIZIO, INC.'S MOTION TO CERTIFY ORDER ON MOTION TO DISMISS FOR INTERLOCUTORY REVIEW**<br><br><u>Hearing:</u><br>Date:       July 14, 2017<br>Time:       2:30 p.m.<br>Courtroom: 10A |

[PROPOSED] ORDER GRANTING APPLICATION
FOR LEAVE TO FILE AMICI CURIAE BRIEF
MDL CASE NO. 8:16-ml-02693-JLS-KES

Before the Court is the application of The Direct Marketing Association, Inc. d/b/a The Data & Marketing Association for leave to file an *amicus curiae* brief in support of Defendants Vizio Holdings, Inc., Vizio, Inc., Vizio Inscape Services, LLC and Vizio Inscape Technologies, LLC's Motion to Certify Order Granting the Motion To Dismiss In Part, Denying In Part, For Interlocutory Review.

Having considered the papers, the parties' responses, and good cause appearing, it is hereby **ORDERED** that the motion for leave to file the *amicus curiae* brief is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Josephine L. Staton
United States Magistrate Judge