Julie Shepard (Cal. Bar. No. 175538)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California 90071
Telephone:(213) 239-5100
Facsimile: (213) 239-5199
jshepard@jenner.com

Adam Unikowsky (*pro hac vice* application forthcoming)
JENNER & BLOCK LLP
1099 New York Ave, NW
Washington, DC 20001
Telephone: (202) 639-6041
Facsimile: (202) 661-4925
aunikowsky@jenner.com

*Attorneys for Amicus Curiae Chamber of
Commerce of the United States of America in
Support of Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| **In re: Vizio, Inc. Consumer Privacy Litigation** | MDL Case No. 8:16-ml-02693-JLS-KES |
| This document relates to: | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF BY THE CHAMBER OF COMMERCE IN SUPPORT OF DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL** |
| ALL ACTIONS | |
| | Judge: Hon. Josephine L. Staton: Date: July 14, 2017 Time: 2:30 p.m. Courtroom: 10A |

`

1    Before the Court is the Chamber of Commerce of the United States of America's

2    motion for leave to file an amicus brief in support of Defendants' motion to certify the

3    Court's Order on Vizio's Motion to Dismiss (Dkt. No. 130).

4    Good cause appearing, it is **ORDERED** that the motion is granted.  The Chamber

5    is granted leave to file its amicus brief.

6

7

8

9

10   Dated: _____                    _____

11                                                    Hon. Josephine L. Staton

12                                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF BY THE CHAMBER OF
COMMERCE IN SUPPORT OF DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL
MDL Case No. 8:16-ml-02693-JLS-KES