Name and address:
Julie Shepard (Cal. Bar No. 175538)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: Vizio, Inc. Consumer Privacy Litigation

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

8:16-ml-02693-JLS-KES

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Unikowsky, Adam G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-639-6041
*Telephone Number*

202-661-4925
*Fax Number*

aunikowsky@jenner.com
*E-Mail Address*

of

Jenner & Block LLP
1099 New York Ave, NW
Washington, DC, 20001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Chamber of Commerce of the United States of America

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☒ *Other:* Amicus Curiae

**and designating as Local Counsel**

Shepard, Julie A.
*Designee's Name (Last Name, First Name & Middle Initial)*

175538
*Designee's Cal. Bar No.*

213-239-5100
*Telephone Number*

213-239-5199
*Fax Number*

jshepard@jenner.com
*E-Mail Address*

of

Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA, 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge