# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Vizio, Inc. Consumer Privacy Litigation<br><br>Plaintiff(s)<br><br>v.<br><br>Click here to enter Defendant(s).<br><br>Defendant(s). | CASE NUMBER<br><br>8:16-ml-02693-JLS-KES |

### ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Unikowsky, Adam G.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial*

202-639-6041                    202-661-4925

*Telephone Number*              *Fax Number*

aunikowsky@jenner.com

*E-Mail Address*

Jenner & Block LLP
1099 New York Ave, NW
Washington, DC, 20001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Chamber of Commerce of the United States of America

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*          Amicus Curiae

**and designating as Local Counsel**

Shepard, Julie A.                                    of

*Designee's Name (Last Name, First Name & Middle Initial*

175538          213-239-5100          213-239-5199

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

*E-Mail Address*

Jenner & Block LLP
633 West 5th Street, Suite 3600
Los Angeles, CA, 90071

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☒ GRANTED

☐ DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application:

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: May 18, 2017**

JOSEPHINE L. STATON

**U.S. District Judge**