| | |
|---|---|
| 1 | Joseph W. Cotchett (36324) |
| | jcotchett@cpmlegal.com |
| 2 | Adam J. Zapala (245748) |
| | azapala@cpmlegal.com |
| 3 | Gwendolyn Giblin (181973) |
| | ggiblin@cpmlegal.com |
| 4 | Mark Ram (294050) |
| | mram@cpmlegal.com |
| 5 | **COTCHETT, PITRE & McCARTHY, LLP** |
| | 840 Malcolm Road, Suite 200 |
| 6 | Burlingame, CA 94010 |
| | Telephone: 650-697-6000 |
| 7 | Facsimile: 650-697-0577 |
| 8 | Eric H. Gibbs (Bar No. 178658) |
| | ehg@classlawgroup.com |
| 9 | Andre Mura (Bar No. 298541) |
| | amm@classlawgroup.com |
| 10 | Linda Lam (Bar No. 301461) |
| | lpl@classlawgroup.com |
| 11 | **GIRARD GIBBS LLP** |
| | One Kaiser Plaza, Suite 1125 |
| 12 | Oakland, CA 94612 |
| | Telephone: (510) 350-9700 |
| 13 | Facsimile: (510) 350-9701 |
| 14 | *[Additional Counsel Listed On Signature Page]* |
| 15 | *Interim Co-Lead Counsel for Plaintiffs* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| **In re: Vizio, Inc., Consumer Privacy Litigation** | Case No. 8:16-ml-02693-JLS-KES |
| | [Discovery Document: Referred to Magistrate Judge Karen E. Scott] |
| | **NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFFS' DEFINITION OF "TRACKED DATA" PURSUANT TO LOCAL RULE 37-2** |
| | Date: June 27, 2017 |
| | Time: 10:00 am |
| | Discovery Cutoff: n/a |
| | Pretrial Conference: n/a |
| | Trial: n/a |
| | Judge: Hon. Karen E. Scott |

# NOTICE OF MOTION AND MOTION TO COMPEL PURSUANT TO LOCAL RULE 37-2

Please take notice that on June 27, 2017 at 10:00 am, or as soon as the matter may be heard, before the Honorable Karen E. Scott in Courtroom 6d of the above-entitled Court, located at 411 W. Fourth St., Santa Ana, California, 92701, Plaintiffs will move, and hereby do move, for an order compelling their definition of "Tracked Data" as used in their First Set of Requests for Production of Documents.

This Court should adopt Plaintiffs' proposed definition of "Tracked Data" because it is reasonable, it tracks virtually the same definition that VIZIO agreed to in its settlement of similar allegations in the FTC Litigation and it is tethered to the facts and liability theories in the case that Judge Staton has upheld against VIZIO's motion to dismiss. The parties have met and conferred on this issue for several months pursuant to Local Rules 7-3 and 37-1.

This Motion is based on the accompanying Joint Stipulation pursuant to Central District of California Local Rule 37-2, the declaration of Adam J. Zapala and the exhibits thereto, the files and records related to this case and on such further argument that may be submitted to the Court.

Dated: June 1, 2017    Respectfully Submitted:

/s/ Adam J. Zapala
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
Gwendolyn Giblin
ggiblin@cpmlegal.com
Mark Ram
mram@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000

Facsimile: 650-697-0577

/s/ *Andre M. Mura*
Eric H. Gibbs
ehg@classlawgroup.com
Andre M. Mura
amm@classlawgroup.com
Linda Lam
lpl@classlawgroup.com
**GIRARD GIBBS LLP**
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

*Interim Co-Lead Counsel*

Ashleigh E. Aitken
ashleigh@aitkenlaw.com
**AITKEN COHN**
3 MacArthur Pl #800
Santa Ana, CA 92707
Phone: (714) 434-1424
Fax: (714) 434-3600

Gary F. Lynch
glynch@carlsonlynch.com
**CARLSON LYNCH SWEET & KILPELA, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246

Andrew N. Friedman
afriedman@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: 202-408-4600

NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFFS' DEFINITION OF "TRACKED DATA" PURSUANT TO LOCAL RULE 37-2

3

Facsimile: 202-408-4699

Brian C. Gudmundson
brian.gudmundson@zimmreed.com
**ZIMMERMAN REED, LLP**
1100 IDS Center 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400

*Plaintiffs' Interim Steering Committee*

## ATTESTATION OF E-FILED SIGNATURE

I, Adam J. Zapala, am the ECF user whose ID and password are being used to file the foregoing Notice of Motion, Motion and accompanying Joint Stipulation Pursuant to Local Rule 37-2. In compliance with Local Rule 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's contents and authorized the filing.

Dated: June 1, 2017                    /s/ *Adam J. Zapala*
                                       **ADAM J. ZAPALA**