# EXHIBIT 3

**AKIN GUMP STRAUSS HAUER & FELD LLP**
ANTHONY T. PIERCE (*admitted pro hac vice*)
apierce@akingump.com
1333 New Hampshire Avenue NW, Suite 1500
Washington, DC  20036
Tel:  202-887-4000
Fax: 202-887-4288

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA  92614
Tel:  949-885-4100
Fax: 949-885-4101

ALI R. RABBANI (SBN 253730)
arabbani@akingump.com
PATRICK EOGHAN MURRAY (SBN 293765)
pmurray@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Tel:  310-229-1000
Fax: 310-229-1001

*Attorneys for Defendants VIZIO Holdings, Inc., VIZIO, Inc., VIZIO Inscape Services, LLC, and VIZIO Inscape Technologies, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: VIZIO, Inc., Consumer Privacy Litigation<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**DECLARATION OF DERRICK BEARD IN SUPPORT OF VIZIO'S PORTION OF L.R. 37-2 JOINT STIPULATION REGARDING "TRACKED DATA"**<br><br>Judge:   Hon. Karen E. Scott |

## DECLARATION OF DERRICK BEARD

I, Derrick Beard, declare:

1. I am currently the Vice President of IT at VIZIO, Inc. ("VIZIO"). I make this declaration in support of VIZIO's portion of the Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Appropriate Definition of "Tracked Data." If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2. In connection with the above-referenced matter, I directed an electronic search of VIZIO's email archives for the time period of January 1, 2012 to the present.

3. A search for the term "diagnostics" in VIZIO's emails archives from January 1, 2012 to the present resulted in over 7 million search results.

4. A search for the term "sound bar" in VIZIO's emails from January 1, 2012 to the present resulted in over 550,000 search results.

5. A search for the term "serial number" in VIZIO's emails from January 1, 2012 to the present resulted in over 700,000 search results.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 30, 2017 at Irvine, California.

_____
Derrick Beard