Joseph W. Cotchett (36324)
Adam J. Zapala (245748)
Gwendolyn Giblin (181973)
Mark Ram (294050)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ggiblin@cpmlegal.com
mram@cpmlegal.com

Eric H. Gibbs (Bar No. 178658)
Andre Mura (Bar No. 298541)
Linda Lam (Bar No. 301461)
**GIRARD GIBBS LLP**
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
lpl@classlawgroup.com

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| **In re: VIZIO, Inc., Consumer Privacy Litigation**<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693-JLS-KES<br><br>[Discovery Document: Referred to Magistrate Judge Karen E. Scott]<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b)**<br><br>**Date:** June 27, 2017<br>**Time:** 10:00 am<br>**Discovery Cutoff:** n/a<br>**Pretrial Conference:** n/a<br>**Trial:** n/a<br>**Judge:** Hon. Karen E. Scott |

**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b)**

Pursuant to Local Rule 79-5.2.2(b), Plaintiffs hereby apply for leave of Court to file under seal documents and information produced in discovery by Defendants VIZIO, Inc., VIZIO Holdings, Inc., VIZIO Inscape Technologies, LLC, and VIZIO Inscape Services, LLC. (the "VIZIO Defendants"). The documents and information that Plaintiffs seek to file under seal have been designated Confidential or Highly Confidential by the VIZIO Defendants pursuant to the Stipulated Protective Order entered in this action (ECF No. 109). Plaintiffs seek to file these documents and information under seal merely to comply with the Protective Order but do not agree that the documents meet the standards for sealing. Specifically, Plaintiffs apply for leave to file under seal the following portions of documents which are filed in connection with the parties' Joint Stipulation Concerning the Appropriate Definition for "Tracked Data" Pursuant to Local Rule 37-2, filed herewith:

| Document | Portions to be Sealed |
| --- | --- |
| Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Appropriate Definition for "Tracked Data"<br><br>Attached hereto | • Page 8: lines 12-18, 25-26;<br>• Page 9: lines 1-23, 25-28;<br>• Page 10: lines 1-10, 19-21, 25-26;<br>• Page 14: lines 8-9;<br>• Page 23: lines 23-28;<br>• Page 24: lines 1-9, 13-28;<br>• Page 25: lines 1-26;<br>• Page 26: lines 3-5, 9-29;<br>• Page 27: lines 6-9, 11-13;<br>• Page 31: line 3, 15. |
| Declaration of Adam J. Zapala in Support of Plaintiffs' Position in Joint Stipulation re Definition of "Tracked Data" filed as **Exhibit 1** to the Joint Stipulation Pursuant | • Exhibit F, in its entirety;<br>• Exhibit G, in its entirety;<br>• Exhibit H, in its entirety; |

| | |
|---|---|
| to Local Rule 37-2 Regarding the Appropriate Definition for "Tracked Data"<br><br>Attached hereto | • Exhibit I, in its entirety;<br>• Exhibit J, in its entirety; and<br>• Exhibit K, in its entirety. |
| Declaration of Ali Rabbani in Support of Defendants' Position in Joint Stipulation re Definition of "Tracked Data" filed as **Exhibit 2** to the Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Appropriate Definition for "Tracked Data"<br><br>Attached hereto | • Exhibit T, in its entirety;<br>• Exhibit U, in its entirety;<br>• Exhibit V, in its entirety;<br>• Exhibit W, in its entirety;<br>• Exhibit X, in its entirety. |

Dated: June 1, 2017     Respectfully Submitted:

*/s/ Adam J. Zapala*
Joseph W. Cotchett
Adam J. Zapala
Gwendolyn Giblin
Mark Ram
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ggiblin@cpmlegal.com
mram@cpmlegal.com


*/s/ Andre Mura*
Eric H. Gibbs
Andre Mura
Linda Lam
**GIRARD GIBBS LLP**
One Kaiser Plaza, Suite 1125

**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5**     2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
lpl@classlawgroup.com

*Interim Co-Lead Counsel*

**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5**  3

**ATTESTATION OF E-FILED SIGNATURE**

I, Adam J. Zapala, am the ECF user whose ID and password are being used to file the foregoing Application and accompanying Declaration and Proposed Order pursuant to Local Rule 79-5. In compliance with Local Rule 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's contents and authorized the filing.

Dated: May 30, 2017                              /s/ *Adam J. Zapala*
                                                              **ADAM J. ZAPALA**