1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| **In re: VIZIO, Inc., Consumer Privacy Litigation**<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693-JLS-KES<br><br>[Discovery Document: Referred to Magistrate Judge Karen E. Scott]<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>**Discovery Cutoff: n/a**<br>**Pretrial Conference: n/a**<br>**Trial: n/a**<br>**Judge: Hon. Karen E. Scott** |
|---|---|

19
20
21
22
23
24
25
26
27
28

1  The Court has considered Plaintiffs' Application for Leave to File Under
2  Seal Pursuant to Local Rule 79-5 ("Application") filed on May 31, 2017 in
3  connection with the Parties' Joint Stipulation Regarding the Appropriate Definition
4  of "Tracked Data" also filed on May 31, 2017.  Upon consideration of the
5  foregoing Application, the papers submitted in relation thereto, and in accordance
6  with Civil Local Rule 79-5, IT IS HEREBY ORDERED as follows:
7  Plaintiff's Application is DENIED.  Plaintiffs shall file all documents in the
8  public docket:

| Document | Portions to be Sealed |
|---|---|
| Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Appropriate Definition for "Tracked Data" | • Page 8: lines 12-18, 25-26;<br>• Page 9: lines 1-23, 25-28;<br>• Page 10: lines 1-10, 19-21, 25-26;<br>• Page 14: lines 8-9;<br>• Page 23: lines 23-28;<br>• Page 24: lines 1-9, 13-28;<br>• Page 25: lines 1-26;<br>• Page 26: lines 3-5, 9-29;<br>• Page 27: lines 6-9, 11-13;<br>• Page 31: line 3, 15. |
| Declaration of Adam J. Zapala in Support of Plaintiffs' Position in Joint Stipulation re Definition of "Tracked Data" filed as **Exhibit 1** to the Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Appropriate Definition for "Tracked Data" | • Exhibit F, in its entirety;<br>• Exhibit G, in its entirety;<br>• Exhibit H, in its entirety;<br>• Exhibit I, in its entirety;<br>• Exhibit J, in its entirety; and<br>• Exhibit K, in its entirety. |
| Declaration of Ali Rabbani in Support of Defendants' Position in Joint Stipulation re | • Exhibit T, in its entirety;<br>• Exhibit U, in its entirety; |

| Definition of "Tracked Data" filed as **Exhibit 2** to the Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Appropriate Definition for "Tracked Data" | • Exhibit V, in its entirety;<br>• Exhibit W, in its entirety;<br>• Exhibit X, in its entirety. |
|---|---|

**IT IS SO ORDERED.**

Dated: _____

HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE