# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| **In re: VIZIO, Inc., Consumer Privacy Litigation**<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693-JLS-KES<br><br>[Discovery Document: Referred to Magistrate Judge Karen E. Scott]<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Discovery Cutoff: n/a<br>Pretrial Conference: n/a<br>Trial: n/a<br>Judge: Hon. Karen E. Scott |

**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5**

The Court has considered Plaintiffs' Application for Leave to File Under Seal Pursuant to Local Rule 79-5 ("Application") filed on May 31, 2017 (Dkt. 170) in connection with the Parties' Joint Stipulation Regarding the Appropriate Definition of "Tracked Data" also filed on May 31, 2017. (Dkt. 169.) The Court has also considered the declarations filed by Defendant Vizio which show "good cause" for sealing the materials at issue. (Dkt. 175.) Upon consideration of the foregoing, and in accordance with Civil Local Rule 79-5, IT IS HEREBY ORDERED as follows:

Plaintiff's Application is GRANTED. Plaintiffs shall file all of the following documents under seal:

| Document | Portions to be Sealed |
|---|---|
| Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Appropriate Definition for "Tracked Data" | • Page 8: lines 12-18, 25-26;<br>• Page 9: lines 1-23, 25-28;<br>• Page 10: lines 1-10, 19-21, 25-26;<br>• Page 14: lines 8-9;<br>• Page 23: lines 23-28;<br>• Page 24: lines 1-9, 13-28;<br>• Page 25: lines 1-26;<br>• Page 26: lines 3-5, 9-29;<br>• Page 27: lines 6-9, 11-13;<br>• Page 31: line 3, 15. |
| Declaration of Adam J. Zapala in Support of Plaintiffs' Position in Joint Stipulation re Definition of "Tracked Data" filed as **Exhibit 1** to the Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Appropriate Definition for "Tracked Data" | • Exhibit F, in its entirety;<br>• Exhibit G, in its entirety;<br>• Exhibit H, in its entirety;<br>• Exhibit I, in its entirety;<br>• Exhibit J, in its entirety; and<br>• Exhibit K, in its entirety. |

**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5**    1

| Declaration of Ali Rabbani in Support of Defendants' Position in Joint Stipulation re Definition of "Tracked Data" filed as **Exhibit 2** to the Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Appropriate Definition for "Tracked Data" | • Exhibit T, in its entirety;<br>• Exhibit U, in its entirety;<br>• Exhibit V, in its entirety;<br>• Exhibit W, in its entirety;<br>• Exhibit X, in its entirety. |
|---|---|

**IT IS SO ORDERED.**

Dated: June 07, 2017      _____

HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5**

2