Eric H. Gibbs (Bar No. 178658)
Andre Mura (Bar No. 298541)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com

Joseph W. Cotchett (Bar No. 36324)
Adam J. Zapala (Bar No. 245748)
Gwendolyn R. Giblin (Bar No. 181973)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ggiblin@cpmlegal.com

*Plaintiffs' Interim Co-Lead Counsel*

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693-JLS (KESx)<br><br>**Notice of Authority in Support of Plaintiffs' Omnibus Opposition to Vizio Defendants' Motion to Certify Interlocutory Appeal and Non-Party Motions for Leave to File Amicus Curiae Briefs In Support of Motion to Certify**<br><br>DATE:   July 14, 2017<br>TIME:    2:30 p.m.<br>DEPT:   Courtroom 10-A<br>JUDGE:  Hon. Josephine L. Staton |

1  Plaintiffs hereby respectfully submit a copy of an unpublished order entered in *Azam
2  v. F.D.I.C.*, No. 2:15-cv-03930 JLS, Dkt. No. 89 (C.D. Cal. May 23, 2016). *Azam* is cited
3  on page 19 of Plaintiffs' Omnibus Opposition to Vizio Defendants' Motion to Certify
4  Interlocutory Appeal and Non-Party Motions for Leave to File Amicus Curiae Briefs In
5  Support of Motion to Certify; however, the docket number of the unpublished order was
6  not mentioned. *See* Dkt. No. 191, at 19.

7  For the convenience of the Court and Defendants, a copy of the unpublished order is
8  attached as Exhibit A.

9  Dated:  June 26, 2017                              Respectfully submitted,

10                                                   **GIRARD GIBBS LLP**

11
                                                     */s/ Eric H. Gibbs*
12                                                   Eric H. Gibbs
                                                     ehg@classlawgroup.com
13                                                   Andre M. Mura
                                                     amm@classlawgroup.com
14                                                   Linda Lam
                                                     lpl@classlawgroup.com
15                                                   505 14th Street, Suite 1110
                                                     Oakland, CA 9461
16                                                   Tel:  (510) 350-9700
                                                     Fax: (510) 350-9701
17
                                                     **COTCHETT, PITRE & MCCARTHY, LLP**
18

19                                                   */s/ Adam J. Zapala*
                                                     Joseph W. Cotchett
20                                                   jcotchett@cpmlegal.com
21                                                   Adam J. Zapala
                                                     azapala@cpmlegal.com
22                                                   Gwendolyn R. Giblin
23                                                   ggiblin@cpmlegal.com
                                                     Mark F. Ram
24                                                   mram@cpmlegal.com
25                                                   840 Malcolm Road, Suite 200
                                                     Burlingame, CA 94010
26                                                   Tel:  (650) 697-6000
27                                                   Fax: (650) 697-0577

28

*Interim Co-lead Counsel for Plaintiffs*

Ashleigh E. Aitken
ashleigh@aitkenlaw.com
**AITKEN COHN**
3 MacArthur Pl #800
Santa Ana, CA 92707
Phone: (714) 434-1424
Fax: (714) 434-3600

Gary F. Lynch
glynch@carlsonlynch.com
**CARLSON LYNCH SWEET & KILPELA, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246

Andrew N. Friedman
afriedman@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699

Brian C. Gudmundson
brian.gudmundson@zimmreed.com
**ZIMMERMAN REED, LLP**
1100 IDS Center 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400

*Plaintiffs' Interim Steering Committee*

3

Pls.' Notice of Supp. Authority ISO Omnibus Opp. to Mots. to Certify And File Amicus Brs.
Case No. 8:16-ML-02693-JLS-KES

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIE AZAM,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION; FEDERAL DEPOSIT INSURANCE CORPORATION in the capacity as receiver of Washington Mutual Bank Henderson, Nevada and signatory to Purchase and Assumption Agreement dated September 25, 2008, and DOES 1 to 20, inclusive,<br><br>    Defendants. | CASE NO: 2:15-cv-03930 JLS (ASx)<br><br>**ORDER DENYING MOTION OF COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY FOR LEAVE TO FILE AMICUS CURIAE BRIEF (Doc. 80)** |

Before the Court is Coldwell Banker Residential Company's Motion for Leave to File An *Amicus Curiae* Brief. (Doc. 80.) Using our "inherent authority to appoint or deny amici," *Jin v. Ministry of State Security*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008) (collecting cases), we hereby DENY the Motion.

Dated: May 23, 2016

                                                        The Hon. Josephine L. Staton
                                                        United States District Judge