**AKIN GUMP STRAUSS HAUER & FELD LLP**
ANTHONY T. PIERCE (*admitted pro hac vice*)
apierce@akingump.com
1333 New Hampshire Avenue NW, Suite 1500
Washington, DC  20036
Tel:   202-887-4000
Fax:   202-887-4288

**AKIN GUMP STRAUSS HAUER & FELD LLP**
HYONGSOON KIM (SBN 257019)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA  92614
Tel:   949-885-4100
Fax:   949-885-4101

**AKIN GUMP STRAUSS HAUER & FELD LLP**
ALI R. RABBANI (SBN 253730)
arabbani@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Tel:   310-229-1000
Fax:   310-229-1001

*Attorneys for Defendants VIZIO Holdings, Inc., VIZIO, Inc., VIZIO Inscape Services, LLC, and VIZIO Inscape Technologies, LLC*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc. Consumer Privacy Litigation<br><br>This document relates to:<br>ALL ACTIONS. | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>Assigned to Hon. Josephine L. Staton<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER SECOND CONSOLIDATED COMPLAINT**<br><br>Current Deadline:       August 8, 2017<br><br>Requested Deadline:   August 15, 2017 |

Plaintiffs Dieisha Hodges, Rory Zufolo, John Walsh, Chris Rizzitello, Linda Thomson, and Mark Queenan (collectively, "Plaintiffs") and Defendants VIZIO, Inc., VIZIO Holdings, Inc., VIZIO Inscape Technologies, LLC, and VIZIO Inscape Services, LLC (collectively, "VIZIO"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on March 23, 2017, Plaintiffs filed their Second Consolidated Complaint in this action (Dkt. No. 136);

WHEREAS, on April 13, 2017, VIZIO filed a Motion to Dismiss Plaintiffs' Second Consolidated Complaint and Motion to Strike Class Allegations (Dkt. No. 145) ("Motion to Dismiss"), which was fully briefed and heard before the Court;

WHEREAS, on July 25, 2017, the Court entered an order denying VIZIO's Motion to Dismiss (Dkt. No. 199);

WHEREAS, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, VIZIO's current deadline to answer to the Second Consolidated Complaint is August 8, 2017;

WHEREAS, VIZIO seeks additional time to file an answer to the Second Consolidated Complaint;

WHEREAS, the parties have met and conferred and Plaintiffs have agreed that VIZIO's deadline to answer to the Second Consolidated Complaint shall be extended by 7 days to August 15, 2017.

THEREFORE, the parties HEREBY STIPULATE AND AGREE that:

1. VIZIO's deadline to answer to the Second Consolidated Complaint shall be extended to August 15, 2017.

Dated: August 4, 2017

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By  /s/ *Ali R. Rabbani*
Anthony T. Pierce (*admitted pro hac vice*)
apierce@akingump.com
1333 New Hampshire Avenue NW, Suite 1500
Washington, DC 20036
Tel:   202-887-4000
Fax:  202-887-4288

Hyongsoon Kim (SBN 257019)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA  92614
Tel:  949-885-4100
Fax:  949-885-4101

Ali R. Rabbani (SBN 253730)
arabbani@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Tel:  310-229-1000
Fax:  310-229-1001

*Attorneys for Defendants VIZIO Holdings, Inc., VIZIO, Inc., VIZIO Inscape Services, LLC, and VIZIO Inscape Technologies, LLC*

Dated:  August 4, 2017

**GIRARD GIBBS LLP**

By_____/s/ *Andre Mura*_____
Eric H. Gibbs
ehg@classlawgroup.com
Andre Mura
amm@classlawgroup.com
Linda Lam
lpl@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: 510-350-9700
Fax: 510-350-9701

**COTCHETT, PITRE & MCCARTHY, LLP**

By_____/s/ *Adam Zapala*_____
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel: 650-697-6000
Fax: 650-697-0577

*Interim Co-Lead Counsel for Plaintiffs*

**AITKEN COHN**
Ashleigh E. Aitken
Ashleigh@aitkenlaw.com
3 MacArthur Pl. #800
Santa Ana, CA 92707
Tel: 714-434-1424
Fax: 714-434-3600

**CARLSON LYNCH SWEET & KILPELA, LLP**
Gary F. Lynch
glynch@carlsonlynch.com
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel: 412-322-9243
Fax: 412-231-0246

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Andrew N. Friedman
afriedman@cohenmilstein.com
1100 New York Avenue, N.W. West Tower, Suite 500
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

**ZIMMERMAN REED, LLP**
Brian C. Gudmundson
Brian.gudmundson@zimmreed.com
1100 IDS Center 80 South 8th St.
Minneapolis, MN 55402
Tel: 612-341-0400

*Plaintiffs' Interim Steering Committee*

**ATTESTATION OF E-FILED SIGNATURE**

I, Ali R. Rabbani, am the ECF user whose ID and password are being used to file the foregoing Joint Stipulation to Extend Time to Answer Second Consolidated Complaint. In compliance with Local Rule 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's contents and authorized the filing.