# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: Vizio, Inc., Consumer Privacy Litigation<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Case No. 8:16-ml-02693-JLS-KES<br><br>**[PROPOSED] ORDER EXTENDING TIME TO ANSWER SECOND CONSOLIDATED COMPLAINT**<br><br>Judge:      Hon. Josephine L. Staton |

# [PROPOSED] ORDER

This matter comes before the Court on the parties' Joint Stipulation to Extend Time to Answer Second Consolidated Complaint. Upon consideration of the parties' stipulation and for good cause shown, the Court hereby GRANTS the stipulated relief.

**IT IS SO ORDERED** that:

1. Defendants VIZIO, Inc., VIZIO Holdings, Inc., VIZIO Inscape Technologies, LLC, and VIZIO Inscape Services, LLC shall have until August 15, 2017 to answer the Second Consolidated Complaint.

Dated: _____    _____
                                Hon. Josephine L. Staton
                                United States District Judge