Eric H. Gibbs (Bar No. 178658)
ehg@classlawgroup.com
Andre M. Mura (Bar No. 298541)
amm@classlawgroup.com
David M. Berger (Bar No. 277526)
dmb@classlawgroup.com
Linda Lam (Bar No. 301461)
lpl@classlawgroup.com
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Joseph W. Cotchett (Bar No. 36324)
jcotchett@cpmlegal.com
Adam J. Zapala (Bar No. 245748)
azapala@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

*[Additional Counsel Listed On Signature Page]*

*Interim Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693- JLS (KESx)<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL TO OCTOBER 3, 2018**<br><br>[PROPOSED ORDER FILED CONCURRENTLY]<br><br><br>Judge Josephine L. Staton |

Plaintiffs Dieisha Hodges, Rory Zufolo, John Walsh, Chris Rizzitello, Linda Thomson , and Mark Queenan (collectively, "Plaintiffs") and Defendants VIZIO, Inc., VIZIO Holdings, Inc., VIZIO Services, LLC (formerly known as "VIZIO Inscape Services, LLC"), and Inscape Data, Inc. (formerly known as "VIZIO Inscape Technologies, LLC") (collectively, "VIZIO") (collectively, the "Parties") hereby request an extension of the deadline for Plaintiffs to file a motion for preliminary approval and stipulate as follows:

*Whereas*, the Parties jointly proposed a deadline of September 12, 2018, for Plaintiffs to file a motion for preliminary approval of a class action settlement, *see* Doc. 272;

*Whereas*, the Court entered an order accepting that jointly proposed deadline, *see* Doc. 273;

*Whereas*, the Parties now request an extension of the deadline for the motion for preliminary approval, to and including October 3, 2018;

*Whereas*, there is good cause to grant this extension of time: The Parties are developing a class notice program with direct notification to the class through VIZIO Smart TV displays, which requires testing to make sure any TV notice can be properly displayed and functions as intended. The additional time requested will allow the parties to confirm that the notice program proposed in the motion for preliminary approval is workable and satisfies applicable legal standards;

*Whereas*, this is the first request for an extension of time to file the motion for preliminary approval, the Parties agree there is good cause for the extension, and the extension is being filed more than five court days before the existing deadline;

*Therefore*, it is hereby stipulated and agreed among the Parties, through counsel, and subject to this Court's approval, that:

(1)  Plaintiffs will file a motion for preliminary approval on or before October 3, 2018.

1

Stipulation to Extend Deadline to File Motion for Preliminary
Approval to October 3, 2018
Case No. 8:16-ml-02693-JLS (KESx)

1   It is so stipulated.

2

3   Dated: September 5, 2018          **GIRARD GIBBS LLP**

4

                            */s/     Andre Mura*

5

6                          Eric H. Gibbs

                         Andre Mura

7                          David M. Berger

                         Linda Lam

8                          505 14th Street, Suite 1110

9                          Oakland, CA 94612

10                       Telephone: (510) 350-9700

                      Facsimile: (510) 350-9701

11                       ehg@classlawgroup.com

12                       amm@classlawgroup.com

                      lpl@classlawgroup.com

13

14                            */s/     Adam J. Zapala*

15

16                          Joseph W. Cotchett

                         Adam J. Zapala

17                        **COTCHETT, PITRE & McCARTHY, LLP**

18                       840 Malcolm Road, Suite 200

                      Burlingame, CA 94010

19                       Telephone: 650-697-6000

20                       Facsimile: 650-697-0577

                      jcotchett@cpmlegal.com

21                       azapala@cpmlegal.com

22                       ggiblin@cpmlegal.com

                      mram@cpmlegal.com

23                       *Interim Co-Lead Counsel*

24

25                        Ashleigh E. Aitken

                      **AITKEN COHN**

26                       3 MacArthur Pl #800

27

28

Stipulation to Extend Deadline to File Motion for Preliminary
Approval to October 3, 2018
Case No. 8:16-ml-02693-JLS (KESx)

Santa Ana, CA 92707
Phone: (714) 434-1424
Fax: (714) 434-3600
ashleigh@aitkenlaw.com

Gary F. Lynch
**CARLSON LYNCH SWEET & KILPELA, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
glynch@carlsonlynch.com

Andrew N. Friedman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com

Brian C. Gudmundson
**ZIMMERMAN REED, LLP**
1100 IDS Center 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com

*Plaintiffs' Interim Steering Committee*

Dated:  September 5, 2018      **AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/      Hyongsoon Kim*
Anthony T. Pierce
1333 New Hampshire Avenue NW, Suite

3

1   1500
2   Washington, DC 20036
    Tel: 202-887-4000
3   Fax: 202-887-4288
    apierce@akingump.com
4

5   Hyongsoon Kim
    4 Park Plaza, Suite 1900
6   Irvine, CA 92614
7   Tel: 949-885-4100
    Fax: 949-885-4101
8   kimh@akingump.com

9
    Ali R. Rabbani
10  1999 Avenue of the Stars, Suite 600
11  Los Angeles, CA 90067
    Tel: 310-229-1000
12  Fax: 310-229-1001
13  arabbani@akingump.com

14  *Attorneys for Defendants VIZIO, Inc.;*
15  *VIZIO Holdings, Inc.; VIZIO Services, LLC*
    *(formerly known as "VIZIO Inscape*
16  *Services, LLC"); and Inscape Data,*
17  *Inc. (formerly known as "VIZIO Inscape*
    *Technologies, LLC")*
18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Deadline to File Motion for Preliminary
Approval to October 3, 2018
Case No. 8:16-ml-02693-JLS (KESx)

**ATTESTATION OF E-FILED SIGNATURE**

I, Andre Mura, am the ECF user whose ID and password are being used to file the foregoing Stipulation to Extend Deadline to File Motion for Preliminary Approval to October 3, 2018.  In compliance with Local Rule 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's contents and authorized the filing.

Dated: September 5, 2018                              /s/     *Andre Mura*
                                                      Andre Mura