Eric H. Gibbs (Bar No. 178658)
Andre M. Mura (Bar No. 298541)
Linda Lam (Bar No. 301461)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
lpl@classlawgroup.com

Joseph W. Cotchett (Bar No. 36324)
Adam J. Zapala (Bar No. 245748)
Adam J. Trott (Bar No. 275520)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
atrott@cpmlegal.com

*Plaintiffs' Interim Co-Lead Counsel*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693- JLS (KESx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (UNOPPOSED)**<br><br>Date:     December 7, 2018<br>Time:    10:30 a.m.<br>Dept:    Courtroom 10-A<br>Judge:   Hon. Josephine L. Staton |

**To All Parties and Their Counsel of Record:**

**Please Take Notice** that on December 7, 2018, at 10:30 a.m.,[1] or as soon thereafter as the matter may be heard before the Honorable Josephine L. Staton, United States District Judge for the Central District of California, at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, Courtroom 10A, 10th Floor, Plaintiffs Dieisha Hodges, Rory Zufolo, John Walsh, Chris Rizzitello, Linda Thomson, and Mark Queenan, will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order:

1. Granting preliminary approval of the proposed class action settlement agreement with Defendants VIZIO, Inc., VIZIO Holdings, Inc., VIZIO Services, LLC (formerly known as "VIZIO Inscape Services, LLC"), and Inscape Data, Inc. (formerly known as "VIZIO Inscape Technologies, LLC") (collectively, "Defendants" or "Vizio");

2. Provisionally certifying the settlement class as defined in the settlement agreement;

3. Appointing Plaintiffs as settlement class representatives for the settlement class;

4. Appointing Eric H. Gibbs and Andre M. Mura of Gibbs Law Group LLP and Joseph W. Cotchett and Adam J. Zapala of Cotchett, Pitre & McCarthy, LLP as class counsel for the settlement class;

5. Approving the notice program, including the forms of notice proposed in the settlement, and directing that notice be disseminated in accordance with this program;

6. Appointing A.B. Data, Ltd. as settlement administrator and directing it to carry out the duties and responsibilities stated in the settlement agreement;

7. Approving Electronic Privacy Information Center, Privacy Rights Clearinghouse, and World Privacy Forum as next-best recipients of residual settlement funds in the event such funds cannot feasibly be distributed to settlement class members;

---

[1] The parties are also available before December 7, 2018, including in October or November, and they welcome any earlier hearing date that pleases the Court.

1    8.    Setting a final approval hearing and other deadlines in connection with the settlement approval process.

This motion is unopposed and based on this notice of motion and motion, the accompanying memorandum of points and authorities, the settlement agreement and corresponding exhibits, and the following declarations in support of preliminary approval:

1. Joint Declaration of Andre Mura and Adam J. Zapala for Class Counsel and the exhibits thereto;

2. Declarations of Plaintiffs Hodges, Zufolo, Walsh, Rizzitello, Thomson, and Queenan;

3. Declaration of Joseph Turow, professor at the Annenberg School for Communication at the University of Pennsylvania, addressing Vizio's disclosures;

4. The report of Serge Egelman, professor at the University of California, Berkeley, addressing maximum value of claims, and valuing injunctive relief;

5. Declaration of Wilda Siu, senior director of accounting at Vizio, Inc., addressing Vizio's financial status;

6. Declaration of Eric Schacter, vice-president of A.B. Data, Ltd., addressing notice and administration; and

7. all papers and records on file in this matter, and such other matters as the Court may consider.

An agreed-upon proposed order is also being filed contemporaneously.

For the reasons set forth in these materials, the motion for preliminary approval of this proposed class action settlement should be granted.

Respectfully submitted,

**GIBBS LAW GROUP LLP**

*/s/ Andre M. Mura*

Eric H. Gibbs
ehg@classlawgroup.com
Andre M. Mura
amm@classlawgroup.com
Linda Lam
lpl@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 9461
Tel: (510) 350-9700
Fax: (510) 350-9701

**COTCHETT, PITRE & MCCARTHY, LLP**

*/s/ Adam J. Zapala*
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Interim Co-lead Counsel for Plaintiffs*