Eric H. Gibbs (Bar No. 178658)
Andre M. Mura (Bar No. 298541)
Linda Lam (Bar No. 301461)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
lpl@classlawgroup.com

Joseph W. Cotchett (Bar No. 36324)
Adam J. Zapala (Bar No. 245748)
Adam J. Trott (Bar No. 275520)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
atrott@cpmlegal.com

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693- JLS (KESx)<br><br>**PLAINTIFFS' SUPPLEMENTAL REVISED CLASS NOTICE FORM (TV Notice only)**<br><br>Dept:    Courtroom 10-A<br>Judge:   Hon. Josephine L. Staton |

Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Doc. 297), and to supplement Plaintiffs' Revised Class Notice Forms (Doc. 298), Plaintiffs respectfully file a revised version of the TV notice, received today from Defendants, so that it is available on PACER. The edits are described in yesterday's filing. (Doc. 298, at 1 & n.1).



Date: January 15, 2019

Respectfully submitted,

**GIBBS LAW GROUP LLP**

*/s/ Andre M. Mura*

Eric H. Gibbs
ehg@classlawgroup.com
Andre M. Mura
amm@classlawgroup.com
Linda Lam
lpl@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 94612
Tel:  (510) 350-9700
Fax: (510) 350-9701

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COTCHETT, PITRE & MCCARTHY, LLP**

*/s/ Adam J. Zapala*
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:  (650) 697-6000
Fax: (650) 697-0577

*Co-Lead Counsel for Plaintiffs*