Eric H. Gibbs (Bar No. 178658)
Andre M. Mura (Bar No. 298541)
Linda Lam (Bar No. 301461)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
lpl@classlawgroup.com

Joseph W. Cotchett (Bar No. 36324)
Adam J. Zapala (Bar No. 245748)
Adam J. Trott (Bar No. 275520)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
atrott@cpmlegal.com

*Co-Lead Counsel for Settlement Class*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 8:16-ml-02693- JLS (KESx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS (UNOPPOSED)**<br><br>Date:  May 31, 2019<br>Time:  10:30 a.m.<br>Dept:  Courtroom 10-A<br>Judge: Hon. Josephine L. Staton |

**To All Parties and Their Counsel of Record:**

**Please Take Notice** that on May 31, 2019, at 10:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Josephine L. Staton, United States District Judge for the Central District of California, at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, Courtroom 10A, 10th Floor, Plaintiffs Dieisha Hodges, Rory Zufolo, John Walsh, Chris Rizzitello, Linda Thomson, and Mark Queenan, will and hereby do move the Court, under Federal Rule of Civil Procedure 23(h), for an Order:

A. Awarding attorneys' fees to Class Counsel in the amount of $5,610,000, based on an award of less than 25 percent of the combined value of the monetary and nonmonetary benefits that the settlement confers.

B. Reimbursing Class Counsel for litigation costs in the amount of $181,808.59, because such costs are adequately documented and reasonable.

C. Reimbursing Class Counsel for settlement administration expenses in the amount of $122,830.65, because such expenses are adequately documented and reasonable.

D. Awarding service payments to Plaintiffs Hodges, Zufolo, Walsh, Rizzitello, Thomson, and Queenan in the amount of $5,000 each, because such awards are appropriate under these circumstances.

This motion is unopposed and based on this notice of motion and motion, the accompanying memorandum of points and authorities, and the following declarations:

1. Joint Declaration of Adam J. Zapala and Andre M. Mura as Class Counsel and exhibits thereto;

2. Declarations of Plaintiffs Hodges, Zufolo, Walsh, Rizzitello, Thomson, and Queenan, attesting to their respective contributions to this case;

3. The report of Serge Egelman, professor at the University of California, Berkeley, addressing the value of non-monetary benefits to the class;

4. And all papers and records on file in this matter, and such other matters as the Court may consider.

An agreed-upon proposed order is also being filed contemporaneously.

For the reasons set forth in these materials, the unopposed motion for attorneys' fees, costs, and class representative service awards should be granted.

Respectfully submitted,

**GIBBS LAW GROUP LLP**

*/s/ Andre M. Mura*

Eric H. Gibbs
ehg@classlawgroup.com
Andre M. Mura
amm@classlawgroup.com
Linda Lam
lpl@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 9461
Tel: (510) 350-9700
Fax: (510) 350-9701


**COTCHETT, PITRE & MCCARTHY, LLP**

*/s/ Adam J. Zapala*
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Co-lead Counsel for Settlement Class*