Eric H. Gibbs (Bar No. 178658)
ehg@classlawgroup.com
Andre M. Mura (Bar No. 298541)
amm@classlawgroup.com
David M. Berger (Bar No. 277526)
dmb@classlawgroup.com
Linda Lam (Bar No. 301461)
lpl@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Joseph W. Cotchett (Bar No. 36324)
jcotchett@cpmlegal.com
Adam J. Zapala (Bar No. 245748)
Azapala@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| **IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION**<br><br>This document relates to:<br>ALL ACTIONS | Case No. 8:16-ml-02693- JLS (KESx)<br><br>**SUPPLEMENTAL DECLARATION OF ERIC SCHACHTER REGARDING NOTICE** |

- 1 -

SUPPLEMENTAL DECLARATION OF ERIC SCHACHTER REGARDING NOTICE; CASE NO. 8:16-ML-02693-JLS (KESX)

I, Eric Schachter, hereby declare as follows:

1. I am a Vice President with A.B. Data, Ltd. ("A.B. Data"), whose principal offices are in Milwaukee, Wisconsin.

2. I submit this Declaration as a supplement to the Declaration of Eric Schachter Regarding Notice, dated April 15, 2019, previously filed with the Court (ECF No. 311-4) (the "Initial Notice Declaration"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## **DIRECT NOTICE**

3. As set forth in the Initial Notice Declaration, as of April 15, 2019, A.B. Data provided the Short Form Notice via email to 7,828,308 unique email addresses of potential Settlement Class Members, of which 5,538,973 were successfully delivered to the recipient, and at least 5 million potential Settlement Class Members were provided with direct notice through their VIZIO televisions.

4. Between April 16, 2019 and April 18, 2019, A.B. Data emailed a reminder notice to 5,386,176 email addresses of potential Settlement Class Members for which a Claim Form had not yet been submitted. A true and correct copy of the reminder notice email is attached as Exhibit A.

## **DIGITAL MEDIA NOTICE**

5. As set forth in the Initial Notice Declaration, A.B. Data executed digital banners ads through the Google Display Network, Facebook (which includes a settlement-specific Facebook page), and Google AdWords/Search platforms. The digital media program was completed on April 29, 2019 with over 177 million impressions delivered across the digital networks, including 1,176,108 Facebook ads and 176,537,799 ads over the Google networks. To date, the case-specific Facebook page had had 72,650 engagements (shares, comments, likes) and there were 87,920 click throughs on the Google Display Network and Google AdWords/Search platforms. The monitoring and adjustment of the digital media program for

optimization allowed for the initially anticipated delivery of 62 million impressions to be far exceeded at no additional cost.

### TELEPHONE AND WEBSITE

6. As set forth in the Initial Notice Declaration, a case-specific website, www.viziotvsettlement.com, was established to provide potential Settlement Class Members with information including important dates and deadlines related to the settlement administration process. As of the date of this declaration, the website has received over 1.35 million hits and over 982,000 unique visitors.

7. As set forth in the Initial Notice Declaration, A.B. Data established a case-specific toll-free number, 877-252-4685, with an interactive voice response ("IVR") system and live operators. To date, A.B. Data has received over 4,600 telephone calls.

### CLAIMS SUBMITTED

8. As set forth in the Initial Notice Declaration, the deadline for Settlement Class Members to submit a claim was April 29, 2019. To date, A.B. Data has received 511,537 claims accounting for 655,161 VIZIO televisions. This represents an approximate claim rate of 4.65% of Settlement Class Members that have submitted a claim. A.B. Data has begun the initial auditing process and secondary reviews of the submitted claims to flag invalid or suspicious claims, such as claims from suspicious locations, by repeat actors, and/or by Internet "bots." Based on the total number of VIZIO televisions claimed, the pre-audit estimate of payment per VIZIO television claimed is approximately $16.50.

### EXCLUSIONS

9. The deadline to submit a request for exclusion from the Settlement Class was April 29, 2019. To date, A.B. Data has received a total of 149 requests for exclusion, of which seven (7) were determined to be duplicative and 27 were from an individual who also submitted a Claim Form (which deems the request for exclusion invalid). Attached hereto as Exhibit B is a list of the 115 valid requests for exclusion.

## OBJECTIONS

10. The deadline to submit an objection to the Settlement was April 29, 2019. A.B. Data received two (2) objections, both postmarked April 29, 2019. Copies of these objections are attached hereto as <u>Exhibit C</u>.

## CONCLUSION

11. It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the notice program described herein effectively reached potential Settlement Class Members, delivered plain language notices designed to capture potential Settlement Class Members' attention, and provided them with the information in an informative and easy to understand manner that is necessary to effectively understand their rights and options. The digital means of providing notice described herein were the best practicable under the circumstances for reasons of outreach and efficiency.

12. This notice program delivered a calculated reach of approximately 74%. This conforms to the standards employed by A.B. Data in notification programs designed to reach potential class members of settlement groups or classes that are national in scope and reach narrowly-defined entities and demographic targets. In particular, the digital nature of the notice program was the best and most cost-effective way to reach Settlement Class Members and encourage participation in a manner that will actually come to their attention.

13. For these reasons, in my opinion, this notice program satisfied the requirements of Rule 23 and due process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of May, 2019 in Milwaukee, Wisconsin.

_____
Eric Schachter