Eric H. Gibbs (Bar No. 178658)
ehg@classlawgroup.com
Andre M. Mura (Bar No. 298541)
amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Joseph W. Cotchett (Bar No. 36324)
jcotchett@cpmlegal.com
Adam J. Zapala (Bar No. 245748)
azapala@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Co-Lead Counsel for Settlement Class*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No. 8:16-ml-02693- JLS (KESx)<br><br>**Declaration of the Settlement Administrator Regarding Status of Distribution of Settlement Funds to Class Members**<br><br><br><br><br>Judge Josephine L. Staton |
|---|---|

- 1 -

DECL. OF THE SETTLEMENT ADMINISTRATOR RE: STATUS OF DISTRIBUTION OF SETTLEMENT FUNDS TO CLASS MEMBERS

Class Counsel respectfully submits a Declaration of the Settlement Administrator concerning the status of the distribution of settlement funds to class members. Class Counsel are satisfied with settlement administration to date and merely wish to keep the Court apprised of developments throughout this process.

The Declaration discusses (among other things) the status of digital and paper-check payments, and it explains that a final accounting is expected in November 2020, or about 120 days from now, when the period for certain class members to deposit paper checks will have lapsed. Class Counsel will work with the Settlement Administrator to provide the Court with a final accounting at that time.

July 2, 2020                                    Respectfully submitted,

**GIBBS LAW GROUP LLP**

*/s/ Andre M. Mura*
Eric H. Gibbs
ehg@classlawgroup.com
Andre M. Mura
amm@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701

**COTCHETT, PITRE & MCCARTHY, LLP**

*/s/ Adam J. Zapala*
Joseph W. Cotchett
jcotchett@cpmlegal.com
Adam J. Zapala
azapala@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Co-Lead Counsel for Settlement Class*

DECL. OF THE SETTLEMENT ADMINISTRATOR RE: STATUS OF DISTRIBUTION OF SETTLEMENT FUNDS TO CLASS MEMBERS

I, Eric Schachter, hereby declare as follows:

1. I am a Vice President with A.B. Data, Ltd. ("A.B. Data"), which this Court has appointed as Settlement Administrator in this case. I respectfully submit this declaration to update the Court on the status of the distribution of the Net Settlement to eligible Settlement Class Members. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. As detailed in my Declaration of the Settlement Administrator Regarding Final Claim Status, filed with the Court on February 7, 2020, 479,270 claims were eligible to receive a payment from the Net Settlement Fund of $17.99 for each Qualifying Smart TV.

3. Beginning on April 27, 2020, eligible claimants were sent an email providing access to several instantaneous digital payment options or alternatively a paper check by request. The digital payment choices were PayPal; a virtual MasterCard debit card; or Target, Amazon or Best Buy virtual gift cards.

4. As of the date of this Declaration, 368,075 of the 479,270 eligible claimants (76.7%) have successfully accepted digital payments totaling approximately $8.3 million.

5. For Settlement Class Members who were successfully sent the email with their digital payment options but did not select their payment method, additional reminder emails have been sent and all payment methods remain available for selection. If a digital payment method is not selected by July 3, 2020, an email will be sent with instructions on how to retrieve their payment through the virtual MasterCard debit card, which will be accessible to the Settlement Class Member for at least five (5) years.

6. In conjunction with Class Counsel, the virtual MasterCard debit card was selected as the default for unresponsive claimants because it is a quasi-cash option, it doesn't require a preexisting account (like PayPal), and it was a popular option selected by approximately 20% of the Settlement Class Members who accepted their payment.

7. Any funds that ultimately remain unclaimed after the debit cards expire will be

reverted to the California unclaimed property fund, to be held there in the name of and for the benefit of such Settlement Class Members under California's escheatment laws.

8. On June 23, 2020, A.B. Data mailed paper checks to 1,759 claimants who had specifically requested a check and 3,138 claimants with an undeliverable email address. Going forward, A.B. Data will mail paper checks to any additional requests received through July 3, 2020 and to any additional claimants whose emails prove to be undeliverable.

9. A.B. Data expects all Settlement Class Member payments to be completed within the next 120 days (to allow sufficient time for paper checks to be deposited), at which time we will provide Class Counsel and subsequently the Court with a final accounting.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of July, 2020 in Milwaukee, Wisconsin.

Eric Schachter

- 4 -

DECL. OF THE SETTLEMENT ADMINISTRATOR RE: STATUS OF DISTRIBUTION OF SETTLEMENT FUNDS TO CLASS MEMBERS