Case 8:16-ml-02693-JLS-KES   Document 360   Filed 08/31/21   Page 1 of 2   Page ID #:11299

Eric H. Gibbs (Bar No. 178658)
ehg@classlawgroup.com
Andre M. Mura (Bar No. 298541)
amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Joseph W. Cotchett (Bar No. 36324)
jcotchett@cpmlegal.com
Adam J. Zapala (Bar No. 245748)
azapala@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Co-Lead Counsel for Settlement Class*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| **IN RE: VIZIO, INC., CONSUMER PRIVACY LITIGATION**<br><br>This document relates to:<br>ALL ACTIONS | **Case No. 8:16-ml-02693- JLS (KESx)**<br><br>**Final Declaration of the Settlement Administrator**<br><br><br>Judge Josephine L. Staton |

- 1 -

FINAL DECLARATION OF THE SETTLEMENT ADMINISTRATOR
Case No. 8:16-ml-02693- JLS (KESx)

Case 8:16-ml-02693-JLS-KES   Document 360   Filed 08/31/21   Page 2 of 2   Page ID #:11300

I, Eric Schachter, hereby declare as follows:

1. I am a Vice President with A.B. Data, Ltd. ("A.B. Data"), which this Court appointed as Settlement Administrator in this case. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Pursuant to the Court's June 28, 2021, Order Granting Plaintiffs' Unopposed Motion for Reimbursement of Settlement Administration Costs and Disbursement of Residual Net Settlement Funds to Cy Pres, on July 16, 2021 (the "Final Disbursement Order"), A.B. Data caused a payment of $198,279.65 to be made from the Net Settlement Fund to A.B. Data for reimbursement of settlement administration costs.

3. Also pursuant to the Final Disbursement Order, A.B. Data disbursed the residual net settlement sum of $37,073.41 to three cy pres recipients previously approved by the Court, namely, the Electronic Privacy Information Center, World Privacy Forum and Privacy Rights Clearinghouse. Those payments have cleared and the balance in the Net Settlement Fund is $0.

4. The settlement administration for this matter is now complete and the case may be closed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of August, 2021 in Milwaukee, Wisconsin.

_____
Eric Schachter

- 2 -
FINAL DECLARATION OF THE SETTLEMENT ADMINISTRATOR
Case No. 8:16-ml-02693- JLS (KESx)